B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HOMEMADE PIZZA COMPANY, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-4302329** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**415 N. ABERDEEN**<br>**CHICAGO, IL**<br>ZIP Code **60642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                            Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HOMEMADE PIZZA COMPANY, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**HOMEMADE PIZZA COMPANY, LLC**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ SCOTT E JENSEN**
_____
Signature of Attorney for Debtor(s)

**SCOTT E JENSEN 3122830**
_____
Printed Name of Attorney for Debtor(s)

**MURRAY, JENSEN & WILSON, LTD.**
_____
Firm Name

**101 N. WACKER DRIVE, SUITE 101**
**CHICAGO, IL 60606**

_____
Address

**Email: sjensen@mjwchicago.com**
**312-263-5432 Fax: 312-263-5759**
_____
Telephone Number

**December 3, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ALLAN HICKOK**
_____
Signature of Authorized Individual

**ALLAN HICKOK**
_____
Printed Name of Authorized Individual

**CHIEF EXECUTIVE OFFICER**
_____
Title of Authorized Individual

**December 3, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**WRITTEN ACTION BY BOARD OF MANAGERS OF
HOMEMADE PIZZA COMPANY, L.L.C.**

The undersigned, being all of the members of the Board of Managers of HomeMade Pizza, L.L.C., an Illinois limited liability company (the "Company") do hereby ratify and adopt the following resolutions with the same force and effect as if the same had been adopted at a meeting of the members of the Company:

**WHEREAS,** the Articles of Organization and/or Bylaws of the Company provides that any action permitted to be taken at a meeting of the Board of Managers may be taken by written action signed by the number of members that would be required to take such action at a meeting of the Board of Managers at which all members are present;

**WHEREAS**, the Board of Managers has determined that it is in the best interests of the Company to terminate operations and to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

**RESOLVED**, that the Company's officers and management may take such action as necessary and as directed by counsel to effect an orderly wind down and liquidation and to pay operating expenses as required to complete the orderly liquidation;

**RESOLVED**, that Allan Hickok, Chief Manager of the Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company and is further authorized to execute and deliver all documents necessary during the administration of the bankruptcy case;

**RESOLVED**, that Allan Hickok, Chief Manager of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds on behalf of the Company as are necessary and appropriate in connection with the administration of the bankruptcy case;

**RESOLVED**, that Allan Hickok, Chief Manager of the Company is authorized and directed to employ Scott Jensen, attorney and the law firm of Murray, Jensen & Wilson, Ltd., to represent the Company in such bankruptcy case;

**RESOLVED**, that Allan Hickok, Chief Manager of the Company is authorized and directed to take any and all action necessary to carry out the intent of the foregoing resolutions and to perform the Company's obligations that arise as a result of the foregoing resolutions.

{00194861 }

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Managers required to take the same action at a meeting of the Board of Managers at which all members are present.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of _11/18_, 2014.

_____
Tim Dolan

_____
Allan Hickok

_____
Martin Murch

_____
James Rand

2

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Managers required to take the same action at a meeting of the Board of Managers at which all members are present.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of November 18, 2014.

_____
Tim Dolan

_____
Allan Hickok

_____
Martin Murch

_____
James Rand

2

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Managers required to take the same action at a meeting of the Board of Managers at which all members are present.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of November 17, 2014.

_____

Tim Dolan


_____

Allan Hickok


_____

Martin Murch


_____

James Rand

2

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Managers required to take the same action at a meeting of the Board of Managers at which all members are present.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of _____ 19, 2014.

_____
Tim Dolan

_____
Allan Hickok

_____
Martin Murch

_____
James Rand

2

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **HOMEMADE PIZZA COMPANY, LLC** _____ ,

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 10,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 10,248,941.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 979,389.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 10,000.00 | | |
| Total Liabilities | | | | 11,228,330.82 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HOMEMADE PIZZA COMPANY, LLC**                                    ,         Case No. _____
                                    Debtor

                                                                                    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **HOMEMADE PIZZA COMPANY, LLC**
_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **HOMEMADE PIZZA COMPANY, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT ENDING #7094 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 10,000.00 |
| | | MONEY MARKET ACCOUNT ENDING #7102 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 0.00 |
| | | CHECKING ACCOUNT ENDING #7110 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 0.00 |
| | | CHECKING ACCOUNT ENDING #4769 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 0.00 |
| | | CERTIFICATE OF DEPOSIT ACCOUNT ENDING #6473 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 0.00 |
| | | SECURED NOTEHOLDER COLLATERAL ACCOUNT ENDING #0029 METROPOLITAN CAPITAL BANK & TRUST NINE EAST ONTARIO CHICAGO, IL 60611 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >            **10,000.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     **HOMEMADE PIZZA COMPANY, LLC**                              ,     Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC** ,                    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 10,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **HOMEMADE PIZZA COMPANY, LLC**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | SECURITY INTEREST | | | | | |
| GPB RECOVERY CAPITAL LLC 737 MICHIGAN AVENUE, SUITE 1810 CHICAGO, IL 60611 | - | | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 1,783,725.00 | 1,783,725.00 |
| Account No. | | | SECURITY INTEREST | | | | | |
| GREAT CRANBERRY ISLAND LLC 10451 SPERRY ROAD KIRTLAND, OH 44094 | - | | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 525,943.00 | 525,943.00 |
| Account No. | | | SECURITY INTEREST | | | | | |
| HMP, LLC 233 S WACKER DRIVE CHICAGO, IL 60606 | - | | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 5,137,104.00 | 5,137,104.00 |
| Account No. | | | SECURITY INTEREST | | | | | |
| MHM & CO., LTD 1422 EUCLID, SUITE 830 CLEVELAND, OH 44115 | - | | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 1,084,035.00 | 1,084,035.00 |

__1__  continuation sheets attached

Subtotal
(Total of this page)

| 8,530,807.00 | 8,530,807.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC** _____ ,    Case No. _____
                                               Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | SECURITY INTEREST | | | | | |
| WEST, GARY C/O WEST INVESTMENT HOLDINGS 1603 ORRINGTON AVENUE EVANSTON, IL 60201 | | - | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 859,067.00 | 859,067.00 |
| Account No. | | | SECURITY INTEREST | | | | | |
| WEST, MARY C/O WEST INVESTMENT HOLDINGS 1603 ORRINGTON AVENUE EVANSTON, IL 60201 | | - | PROMISSORY NOTE DATED MAY 2, 2014 SECURED BY BLANKE LIEN IN INVENTORY, ACCOUNTS, FURNITURE, FIXTURES, EQUIPMENT AND GENERAL INTANGIBLES | | | | | |
| | | | Value $           0.00 | | | | 859,067.00 | 859,067.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,718,134.00 | 1,718,134.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,248,941.00 | 10,248,941.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **HOMEMADE PIZZA COMPANY, LLC**                                      Case No. _____
                                                              ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **HOMEMADE PIZZA COMPANY, LLC** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| 1400 MUSEUM PARK COMMERCIAL C/O THE ENTERPRISE COMPANY 710 W OAKDALE CHICAGO, IL 60657 | | - | | | | | 2,916.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| 1410 WAUKEGAN CENTER LLC 1156 W ARMITAGE AVE CHICAGO, IL 60614 | | | | | | | 5,658.74 |
| Account No. | | | GOODS AND SERVICES | | | | |
| 1522 14TH STREET LLC C/O CHIP NEWELL 118 BRACKET STREET PORTLAND, ME 04102 | | - | | | | | 5,392.14 |
| Account No. | | | JUDGMENT | | | | |
| 1647 WELLS LLC 1647 N WELLS ST CHICAGO, IL 60614 | | - | | | | | 12,262.45 |

__24__ continuation sheets attached

Subtotal
(Total of this page)       **26,229.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| **1647 WELLS LLC 1647 N WELLS STREET CHICAGO, IL 60614** | - | | | | | | 3,869.80 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **1657 DAMEN LLC C/O JENEL MANAGEMENT CORP 275 MADISON AVE SUITE 702 NEW YORK, NY 10016** | - | | | | | | 7,065.29 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **ADVANCED DISPOSAL CHICAGO CENTRAL T8 4612 W LAKE STREET MELROSE PARK, IL 60160** | - | | | | | | 1,058.76 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **ALLIED WASTE SERVICES #710 PO BOX 9001154 LOUISVILLE, KY 40290-1154** | - | | | | | | 433.46 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **AMELIA CESARINI FAMILY (THE) 631 CHESTNUT ST HINSDALE, IL 60521** | - | | | | | | 3,723.29 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,150.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC**                                   ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| AMERICAN DISPOSAL COMMERCIAL SERVICE INC PO BOX 1326 CENTREVILLE, VA 20122 | - | | | | | | | 487.90 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ANDRE'S IMAGING & GRAPHICS 2643 W CHICAGO AVENUE CHICAGO, IL 60622 | - | | | | | | | 6,690.24 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ANICHINI BROTHERS 545 N WELLS CHICAGO, IL 60654 | - | | | | | | | 656.60 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| APPLAUSE 891 WALDEN LANE LAKE FOREST, IL 60045 | - | | | | | | | 175.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ARCADE ON DEERPATH LLC 13110 W HIGHWAY 176 SUITE ONE LAKE BLUFF, IL 60044 | - | | | | | | | 3,680.47 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,690.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC** ,            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ARLINGTON LEE, LLC C/O THE WADE COMPANY 1800 N KENT ST SUITE 906 ARLINGTON, VA 22209 | - | | | | | | | 6,034.93 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| AT&T PO BOX 5080 CAROL STREAM, IL 60197-5080 | - | | | | | | | 4,038.43 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| AT&T U-VERSE (SM) PO BOX 5014 CAROL STREAM, IL 60197-5014 | - | | | | | | | 594.50 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| BAKER DEMONSTRATION SCHOOL 201 SHERIDAN ROAD WILMETTE, IL 60091 | - | | | | | | | 340.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| BAKER DEVELOPMENT CORP 1156 W RMITAGE AVE CHICAGO, IL 60614 | - | | | | | | | 5,658.74 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,666.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                                         ,      Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| BALDINO'S LOCK & KEY PO BOX 1417 NEWINGTON, VA 22122 | | - | | | | | 1,620.89 |
| Account No. | | | GOODS AND SERVICES | | | | |
| BANK DIRECT CAPITAL FINANCE PO BOX 660448 DALLAS, TX 75266-0447 | | - | | | | | 3,091.23 |
| Account No. | | | GOODS AND SERVICES | | | | |
| BARBEREUX SCHOOL (THE) 3333 CULVER EVANSTON, IL 60201 | | - | | | | | 138.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| BEAL PROPERTIES 2320 N DAMEN SUITE 1D CHICAGO, IL 60647 | | - | | | | | 4,427.91 |
| Account No. | | | GOODS AND SERVICES | | | | |
| BERNARD & VERA EHRLICH TRUST 913 CLINTWOOD DRIVE SILVER SPRING, MD 20902 | | - | | | | | 6,037.50 |

Sheet no. __4___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,315.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BLUE CROSS BLUE SHIELD HEALTHCARE SERVICE CORP 25550 NETWORK PLACE CHICAGO, IL 60673** | - | | **GOODS AND SERVICES** | | | | 3,175.96 |
| Account No.<br><br>**BOWIE PRODUCE CO INC 2020 BEAVER ROAD LANDOVER, MD 20785** | - | | **GOODS AND SERVICES** | | | | 6,087.08 |
| Account No.<br><br>**BRINGAS, RYAN 2612 W ARMITAGE CHICAGO, IL 60647** | - | | **GOODS AND SERVICES** | | | | 601.80 |
| Account No.<br><br>**BURKHALTER, TIM 1285 N MCKINLEY ROAD LAKE FOREST, IL 60045** | - | | **GOODS AND SERVICES** | | | | 259.00 |
| Account No.<br><br>**CAROLINE CONTI TRUST 8310 RED OAK LANE ORLAND PARK, IL 60462** | - | | **GOODS AND SERVICES** | | | | 5,175.68 |

Sheet no. __5___ of _24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,299.52**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS AND SERVICES | | | | |
| CHRIST THE KING 100 E WINDSOR AVENUE ALEXANDRIA, VA 22301 | | - | | | | | | 117.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CIG MANAGEMENT LLC PO BOX 268135 CHICAGO, IL 60626 | | - | | | | | | 4,250.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CINTAS #145 PO BOX 1475 CULPEPER, VA 22701 | | - | | | | | | 617.93 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CINTAS #21 PO BOX #5 BEDFORD PARK, IL 60499 | | - | | | | | | 269.84 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CINTAS #22 1025 NATIONAL PARKWAY SCHAUMBURG, IL 60173 | | - | | | | | | 435.93 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **5,690.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| CINTAS #41 PO BOX 630803 CINCINNATI, OH 45263-0803 | - | | | | | | 647.43 |
| Account No. | | | GOODS AND SERVICES | | | | |
| CINTAS #769 PO BOX 88005 CHICAGO, IL 60680 | - | | | | | | 3,031.10 |
| Account No. | | | GOODS AND SERVICES | | | | |
| CITIBUSINESS CARD CITIBANK PO BOX 183051 COLUMBUS, OH 43218-3051 | - | | | | | | 23,661.69 |
| Account No. | | | GOODS AND SERVICES | | | | |
| CITY OF CHICAGO DEPT BUSINESS AFFAIRS CONSUMER PROTECTION 121 N LASALLE STREET, ROOM 800 CHICAGO, IL 60602 | - | | | | | | 50.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| CITY OF CHICAGO DEPT OF WATER MANAGEMENT PO BOX 6330 CHICAGO, IL 60680-6330 | - | | | | | | 56.00 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,446.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CITY OF EVANSTON WATER DEPT PO BOX 4007 CAROL STREAM, IL 60197-4007 | - | | | | | | | 394.99 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| CNG COMPUTERS 4554 POWELL ROAD HUBER HEIGHTS, OH 45424 | - | | | | | | | 92.24 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| COM ED PO BOX 6111 CAROL STREAM, IL 60197-6111 | - | | | | | | | 10,648.63 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| COMCAST CABLE PO BOX 3002 SOUTHEASTERN, PA 19398-3001 | - | | | | | | | 344.72 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| COMERCI, VINCENT 9057 SHENENDOAH CIRCLE NAPLES, FL 34113 | - | | | | | | | 276.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,756.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| COZZINI BROS INC 350 HOWARD AVENUE DES PLAINES, IL 60018 | - | | | | | | | 858.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| DC WATER AND SEWER AUTHORITY PO BOX 97200 WASHINGTON, DC 20090 | - | | | | | | | 131.75 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| DEMPSTER ASSOCIATES LLC 155 N MICHIGAN AVE SUITE 500 CHICAGO, IL 60601 | - | | | | | | | 3,735.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| DEPENDABLE FIRE EQUIPMENT INC 60 LE BARON STREET WAUKEGAN, IL 60085-3025 | - | | | | | | | 319.24 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| DOMINION VIRGINIA POWER PO BOX 26543 RICHMOND, VA 23290-0001 | - | | | | | | | 1,581.86 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,625.85**

B6F (Official Form 6F) (12/07) - Cont.

In re **HOMEMADE PIZZA COMPANY, LLC** , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| EDWARD DON AND COMPANY 2562 PAYSPHERE CIRLCE CHICAGO, IL 60674 | - | | | | | | | 9,477.81 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ELM ELEMENTARY SCHOOL 5701 GRANT STREET HINSDALE, IL 60521 | - | | | | | | | 131.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| FRIENDS OF BURR 1621 W WABANSIA CHICAGO, IL 60622 | - | | | | | | | 160.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| FRIENDS OF NEWBERRY 3951 WAVELAND CHICAGO, IL 60618 | - | | | | | | | 60.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| FUNNEL LLC 150 N MICHIGAN SUITE 3610 CHICAGO, IL 60601 | - | | | | | | | 3,781.53 |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,610.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC**                              ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| FW DC SPRING VALLEY SHOPPING CENTER PO BOX 822181 PHILADELPHIA, PA 19182-2181 | | - | | | | | 10,607.99 |
| Account No. | | | GOODS AND SERVICES | | | | |
| GEORGE MASON PTA 2601 CAMERON MILLS RD ALEXANDRIA, VA 22302 | | - | | | | | 180.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| GRINDING COMPANY OF AMERICA INC 105 ANNABEL AVENUE BALTIMORE, MD 21225 | | - | | | | | 298.52 |
| Account No. | | | GOODS AND SERVICES | | | | |
| GROOT INDUSTRIES INC 2500 LANDMEIER ROAD ELK GROVE VILLAGE, IL 60007 | | - | | | | | 697.39 |
| Account No. | | | GOODS AND SERVICES | | | | |
| HARTFORD (THE) PO BOX 660916 DALLAS, TX 75266-0916 | | - | | | | | 57,902.24 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,686.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | GOODS AND SERVICES | | | | |
| HITACHI CAPITAL AMERICA CORP 21925 NETWORK PLACE CHICAGO, IL 60673-1219 | - | | | | | | | | |
| | | | | | | | | | 926.75 |
| Account No. | | | | | GOODS AND SERVICES | | | | |
| HORIZON AGENCY INC 6500 CITY WEST PARKWAY SUITE 100 EDEN PRAIRIE, MN 55344 | - | | | | | | | | |
| | | | | | | | | | 463.34 |
| Account No. | | | | | GOODS AND SERVICES | | | | |
| ICE MILLER LLP 26239 NETWORK PLACE CHICAGO, IL 60673-1272 | - | | | | | | | | |
| | | | | | | | | | 44,952.62 |
| Account No. | | | | | GOODS AND SERVICES | | | | |
| JOSEPH P DAY REALTY C/O GROVE PARK REALTY CORP 9 E 40TH ST NEW YORK, NY 10016 | - | | | | | | | | |
| | | | | | | | | | 9,097.02 |
| Account No. | | | | | GOODS AND SERVICES | | | | |
| KEYTH TECHNOLOGIES PO BOX 1132 GLENVIEW, IL 60025 | - | | | | | | | | |
| | | | | | | | | | 417.40 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,857.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS AND SERVICES | | | | |
| KING LAB GARDEN CLUB 2438 COWPER AVENUE EVANSTON, IL 60201 | - | | | | | | | 248.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| LAKE PARK ASSOCIATES 1526 E 55TH STREET CHICAGO, IL 60615 | - | | | | | | | 3,894.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| LAKESHORE WASTE 6132 OAKTON STREET MORTON GROVE, IL 60053 | - | | | | | | | 2,065.84 |
| Account No. | | | | JUDGMENT | | | | |
| LOGAN DENVER L.L.C. C/O JAFFE & BERLIN - SHAWN CLANCY 111 W WASHINGTON SUITE 900 CHICAGO, IL 60602 | - | | | | | | | 368,190.88 |
| Account No. | | | | GIFT CARDS | | | | |
| LOVETT, PATRICK 1735 N PAULINA ST UNIT 203 CHICAGO, IL 60622 | - | | | | | | | 400.00 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

374,798.72

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **HOMEMADE PIZZA COMPANY, LLC** ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MAKE-A-WISH ILLINOIS**<br>**ATTN DANA WHITTY**<br>**640 N LASALLE DRIVE SUITE 280**<br>**CHICAGO, IL 60654** | - | | | **GOODS AND SERVICES** | | | | 325.00 |
| Account No.<br><br>**MAKE-A-WISH MID-ATLANTIC**<br>**ATTN AMANDA BURKE**<br>**5272 RIVER ROAD SUITE 700**<br>**BETHESDA, MD 20816** | - | | | **GOODS AND SERVICES** | | | | 99.00 |
| Account No.<br><br>**MARK VEND COMPANY**<br>**3000 MACARTHUR BLVD**<br>**NORTHBROOK, IL 60062-1902** | - | | | **GOODS AND SERVICES** | | | | 169.99 |
| Account No.<br><br>**METLIFE**<br>**PO BOX 804466**<br>**KANSAS CITY, MO 64180-4466** | - | | | **GOODS AND SERVICES** | | | | 919.52 |
| Account No.<br><br>**MPR INTERESTS LLC**<br>**144 GREEN BAY ROAD**<br>**WINNETKA, IL 60093** | - | | | **GOODS AND SERVICES** | | | | 3,402.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,915.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| **MT VERNON AVENUE LLC** **2417 C MOUNT VERNON AVENUE** **ALEXANDRIA, VA 22301** | - | | | | | | 4,401.60 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **MT VERNON COMMUNITY SCHOOL** **261 COMMONWEALTH AVENUE** **ALEXANDRIA, VA 22305** | - | | | | | | 261.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **NCR CORPORATION** **PO BOX 198755** **ATLANTA, GA 30384-8755** | - | | | | | | 29,485.00 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **NICOR GAS** **PO BOX 5407** **CAROL STREAM, IL 60197** | - | | | | | | 361.96 |
| Account No. | | | GOODS AND SERVICES | | | | |
| **NINO'S** **1710 N ELLWOOD AVENUE** **BALTIMORE, MD 21213** | - | | | | | | 12,591.03 |

Sheet no. __15__ of __24__ sheets attached to Schedule of                     Subtotal                | 47,100.59 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **HOMEMADE PIZZA COMPANY, LLC**                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS AND SERVICES | | | | |
| **NORTH COMMUNITY BANK METROPOLITAN BANK GROUP 1110 W 35TH STREET CHICAGO, IL 60609** | - | | | | | | | 3,156.64 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **NORTH SHORE COUNTY DAY SCHOOL 310 GREENBAY ROAD WINNETKA, IL 60093** | - | | | | | | | 289.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **NORTH SHORE GAS PO BOX A3991 CHICAGO, IL 60690-3991** | - | | | | | | | 35.97 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **NORTHMINISTER NURSERY SCHOOL ATTN LOIS WALL 2515 CENTRAL PARK AVENUE EVANSTON, IL 60201** | - | | | | | | | 259.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **OAK SCHOOL PTO ATTN DEE BAUER 950 S OAK HINSDALE, IL 60521** | - | | | | | | | 210.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,950.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**PARK SCHOOL PTA**<br>**828 MAIN STREET**<br>**EVANSTON, IL 60202** | | - | | **GOODS AND SERVICES** | | | | **67.00** |
| Account No.<br><br>**PEOPLES GAS**<br>**ATTN CUSTOMER SERVICE**<br>**200 E RANDOLPH**<br>**CHICAGO, IL 60601** | | - | | **GOODS AND SERVICES** | | | | **1,815.68** |
| Account No.<br><br>**PEPCO**<br>**PO BOX 13608**<br>**PHILADELPHIA, PA 19101-3608** | | - | | **GOODS AND SERVICES** | | | | **3,665.00** |
| Account No.<br><br>**PEPSI-COLA**<br>**PO BOX 75948**<br>**CHICAGO, IL 60675** | | - | | **GOODS AND SERVICES** | | | | **86.94** |
| Account No.<br><br>**PIONEER ROSCOE LLC**<br>**C/O PIONEER ACQUISITIONS LLC**<br>**220 E 42ND STREET 29TH FL**<br>**NEW YORK, NY 10017** | | - | | **GOODS AND SERVICES** | | | | **3,600.00** |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,234.62**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                              ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| PLANTE & MORAN PLLC 16060 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | - | | | | | | | 1,012.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| PRESSWRITE PRINTING INC 3384 BROWNLOW AVENUE MINNEAPOLIS, MN 55426-4226 | - | | | | | | | 8,628.23 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| PRESTO X PO BOX 13848 READING, PA 19612-3848 | - | | | | | | | 2,167.97 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| PROMO DEPOT INC 7570 W 21ST NORTH BLDG 1006 STE C WICHITA, KS 67205 | - | | | | | | | 768.24 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| QUEEN OF ANGELS 4520 N WESTERN AVENUE CHICAGO, IL 60625 | - | | | | | | | 179.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,755.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RACKSPACE HOSTING**<br>**PO BOX 730759**<br>**DALLAS, TX 75373-0759** | - | | GOODS AND SERVICES | | | | 502.00 |
| Account No.<br><br>**REEVE & VAN HORNE**<br>**65 N DEAN ST**<br>**ENGLEWOOD, NJ 07631** | - | | GOODS AND SERVICES | | | | 2,005.00 |
| Account No.<br><br>**RIDGEVILLE CULTURAL ORG**<br>**ATTN MIKE MIRO**<br>**908 SEWARD STREET**<br>**EVANSTON, IL 60202** | - | | GOODS AND SERVICES | | | | 140.00 |
| Account No.<br><br>**RM SERVICES**<br>**625 ESTES AVENUE**<br>**SCHAUMBURG, IL 60193** | - | | GOODS AND SERVICES | | | | 9,247.04 |
| Account No.<br><br>**SACRED HEART SCHOOL PTO**<br>**1095 GAGE STREET**<br>**WINNETKA, IL 60093** | - | | GOODS AND SERVICES | | | | 130.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,024.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC** ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **SAFE DINING ASSOCIATION PO BOX 637 DOWNERS GROVE, IL 60515-0637** | - | | | | | | | 439.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **SKOKIE WASHBURN SCHOOL PTO 1015 CHERRY STREET WINNETKA, IL 60093** | - | | | | | | | 385.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **ST ATHANASIUS PTO 2510 ASHLAND AVENUE EVANSTON, IL 60201** | - | | | | | | | 301.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **ST CLEMENT PARENT ASSOCIATION ATTN CAROL BIBAT 2524 N ORCHAR STREET CHICAGO, IL 60614** | - | | | | | | | 310.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| **ST DAVID NURSERY SCHOOL ATTN RINDY POWER 2410 GLENVIEW ROAD GLENVIEW, IL 60025** | - | | | | | | | 135.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   1,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC** ,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS AND SERVICES | | | | |
| ST FRANCIS XAVIER SCHOOL HSO ATTN TREASURER 808 LINDEN AVENUE WILMETTE, IL 60091 | | - | | | | | | 389.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ST JOHN OF THE CROSS WOMEN'S CLUB 5005 S WOLF ROAD WESTERN SPRINGS, IL 60558 | | - | | | | | | 443.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| ST MATTHIAS ATHLETIC CLUB ATTN ADAM DUFAULT 4910 N CLAREMONT CHICAGO, IL 60625 | | - | | | | | | 50.00 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| STRS L3 ACQ1 C/O MID AMERICA ASSET MGMT 1 PARKVIEW PLAZA 9TH FL OAK BROOK TERRACE, IL 60181 | | - | | | | | | 7,574.59 |
| Account No. | | | | GOODS AND SERVICES | | | | |
| SYMETRA LIFE INSURANCE COMPANY PO BOX 1491 MINNEAPOLIS, MN 55480-1491 | | - | | | | | | 1,312.21 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,768.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **HOMEMADE PIZZA COMPANY, LLC**                              ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| SYSCO - BALTIMORE PO BOX 1099 JESSUP, MD 20794 | - | | | | | | 25,756.63 |
| Account No. | | | GOODS AND SERVICES | | | | |
| SYSCO - CHICAGO PO BOX 5037 DES PLAINES, IL 60017-5037 | - | | | | | | 112,359.09 |
| Account No. | | | GOODS AND SERVICES | | | | |
| TECH-24 5256 EISENHOWER AVENUE ALEXANDRIA, VA 22304 | - | | | | | | 3,031.89 |
| Account No. | | | GOODS AND SERVICES | | | | |
| TESTA PRODUCE INC DEPT 10222 PO BOX 87618 CHICAGO, IL 60680-0618 | - | | | | | | 64,675.92 |
| Account No. | | | GOODS AND SERVICES | | | | |
| VERIO GRAPHICS 3508 N ELSTON AVENUE CHICAGO, IL 60618 | - | | | | | | 2,497.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **208,320.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HOMEMADE PIZZA COMPANY, LLC**                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | GOODS AND SERVICES | | | | |
| VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | | - | | | | | 1,403.94 |
| Account No. | | | GOODS AND SERVICES | | | | |
| VERIZON PO BOX 24404 LEHIGH VALLEY, PA 18002-5505 | | - | | | | | 76.56 |
| Account No. | | | GOODS AND SERVICES | | | | |
| VILLAGE OF HINSDALE 19 E CHICAGO AVENUE HINSDALE, IL 60521 | | - | | | | | 73.23 |
| Account No. | | | GOODS AND SERVICES | | | | |
| VILLAGE OF WINNETKA 510 GREEN BAY ROAD WINNETKA, IL 60093 | | - | | | | | 521.84 |
| Account No. | | | GOODS AND SERVICES | | | | |
| WARREN CHERRY PRESCHOOL 1418 LAKE STREET EVANSTON, IL 60201 | | - | | | | | 301.00 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,376.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **HOMEMADE PIZZA COMPANY, LLC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WASHINGTON GAS<br>PO BOX 37747<br>PHILADELPHIA, PA 19101-5047** | | - | **GOODS AND SERVICES** | | | | 133.64 |
| Account No.<br><br>**WASHINGTON YU YANG PCS<br>ATTN SHANNON ROCHE<br>220 TAYLOR STREET NE<br>WASHINGTON, DC 20017** | | - | **GOODS AND SERVICES** | | | | 70.00 |
| Account No.<br><br>**WILLARD ELEMENTARY SCHOOL<br>PTA<br>SECOND MORTGAGE2700 HURD<br>AVENUE<br>EVANSTON, IL 60201** | | - | **GOODS AND SERVICES** | | | | 156.00 |
| Account No.<br><br>**WILLOW WOOD PRESCHOOL<br>PO BOX 362<br>WINNETKA, IL 60093** | | - | **GOODS AND SERVICES** | | | | 100.00 |
| Account No.<br><br>**WOMAN'S CLUB OF EVANSTON (THE)<br>1702 CHICAGO AVENUE<br>EVANSTON, IL 60201** | | - | **GOODS AND SERVICES** | | | | 90.00 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 549.64 |
| Total<br>(Report on Summary of Schedules) | 979,389.82 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **HOMEMADE PIZZA COMPANY, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ALLAN F. HICKOK**<br>**365 N JEFFERSON ST #3501**<br>**CHICAGO, IL 60661** | **EXECUTIVE EMPLOYMENT AGREEMENT DATED**<br>**12-17-11** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **HOMEMADE PIZZA COMPANY, LLC**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HOMEMADE PIZZA COMPANY, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CHIEF EXECUTIVE OFFICER of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  3, 2014**

Signature   **/s/ ALLAN HICKOK**
**ALLAN HICKOK**
**CHIEF EXECUTIVE OFFICER**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __HOMEMADE PIZZA COMPANY, LLC__            Case No.

                                                            Debtor(s)           Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,218,788.00 | **2014 YTD: DEBTOR BUSINESS INCOME** |
| $8,525,517.00 | **2013: DEBTOR BUSINESS INCOME** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                     SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BRONSWICK REICIN POLLACK LTD 2150 E LAKE COOK ROAD SUITE 430 BUFFALO GROVE, IL 60089** | **10-10-14** | **$20,000.00** | **$0.00** |
| **KINZIE BUILDING CO LLC C/O THOMAS OWENS 7002 LOREL SKOKIE, IL 60077** | **08-01-14 08-21-14 10-01-14 10-27-14** | **$10,558.60** | **$0.00** |
| **ALLAN HICKOK 365 N JEFFERSON ST, #3501 CHICAGO, IL 60661** | **08-30-14 10-01-14** | **$7,349.00** | **$0.00** |

**None**
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ALLAN HICKOK 365 N JEFFERSON ST, #3501 CHICAGO, IL 60661**    CEO | **SEE ATTACHED SCHEDULE 3(c)** | **$202,233.63** | **$0.00** |
| **FIRST CLEARING, LLC 1 NORTH JEFFERSON SAINT LOUIS, MO 63103**    SECURED NOTEHOLDERS | **12-03-14** | **$55,640.42** | **$10,248,941.00** |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                         3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MESSER STILP LTD v. HOMEMADE PIZZA COMPANY LLC, ET AL. CASE NO. 10-CH 29587** | **CIVIL** | **CIRCUIT COURT COOK COUNTY** | **PENDING** |
| **CHATHAM CENTER, LLC v. HOMEMADE PIZZA COMPANY, LLC CASE NO. MRS-L-2330-12** | **CIVIL** | **SUPERIOR COURT MORRIS COUNTY** | **PENDING** |
| **1647 WELLS LLC v. HOMEMADE PIZZA COMPANY, LLC CASE NO. 2014 M1 714931** | **CIVIL** | **CIRCUIT COURT COOK COUNTY** | **JUDGMENT** |
| **LOGAN DENVER L.L.C. v. HOMEMADE PIZZA COMPANY, L.L.C. CASE NO. 2014 M1 713739** | **CIVIL** | **CIRCUIT COURT COOK COUNTY** | **JUDGMENT** |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **1647 WELLS LLC 1647 N WELLS ST CHICAGO, IL 60614** | **10-06-14** | **CASH GARNISHED - $12,262.45** |

---

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                4

## 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **HILLSIDE FOOD PANTRY 2727 CRAWFORD AVENUE EVANSTON, IL 60201** | **NONE** | **06-10-14** | **MISCELLANEOUS FRESH PRODUCE, CHEESE AND CANNED GOODS** |
| **GREATER CHICAGO FOOD DEPOSITORY 4100 W ANN LURIE PLACE CHICAGO, IL 60632** | **NONE** | **06-02-14 AND 06-05-14** | **ASSORTED REFRIGERATED FOOD PRODUCTS; ASSORTED FROZEN FOOD PRODUCTS; AND ASSORTED FOODS FOR SALVAGE** |

## 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MURRAY JENSEN & WILSON LTD 101 N WACKER DRIVE SUITE 101 CHICAGO, IL 60606** | | **$10,000** |
| **RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A. 80 S. EIGHTH STREET, SUITE 4545 MINNEAPOLIS, MN 55402** | **08-14** | **$25,000** |

B7 (Official Form 7) (04/13)    5

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **WCB RESTAURANT GROUP, LLC**<br>**51 PEMBROKE DRIVE**<br>**LAKE FOREST, IL 60045**<br>    **NONE** | **07-03-2014** | **$240,000 - FURNITURE, FIXTURES, EQUIPMENT AND SUPPLIES - EVANSTON CENTRAL, EVANSTON CHICAGO, GLENCOE, GLEN VIEW, HINSDALE, LAKE FOREST, SOUTHPORT, WINNETKA, ANDERSONVILLE, HYDE PARK, ROCKWELL GARAGE AND HEADQUARTERS LOCATIONS.** |
| **GERG**<br>    **NONE** | **07-02-2014** | **$3,500.00 - 2001 FORD EXPLORER SPORTRAC AND 2011 WELLS CARGO UTILITY TRAILER** |
| **ESTADIO GRILL**<br><br>    **NONE** | **06-30-2014** | **$1,075.00 - BATTERY PACKS, OUTDOOR TABLES AND CHAIRS, TENTS, BAG OF TOOLS, UMBRELLAS, BANNER HOLDER, SANDWICH SIGNS, SHELF AND MOP SET, CHEESE GRATER AND 5 COOLERS.** |
| **ESTADIO GRILL**<br><br>    **NONE** | **06-30-2014** | **$1,000.00 - DISPOSABLES, PUSH CART, GARBAGE CANS, ASSORTED SMALLWARES, SLICER, ICE CREAM FREEZER, PREP TABLE, DOUGH TABLE, SHREDDER, JUICER, SMALL FREEZER CHEST AND SMALL LADDER.** |
| **BIDWITHUS LLC**<br>**ATTN KEVIN P. CHAMBERLIN**<br>**13811 KIALANI DRIVE**<br>**HAGERSTOWN, MD 21742**<br>    **NONE** | **06-20-2014** | **$18,000.00 - STORE EQUIPMENT PACKAGE - ARLINGTON LEE, CHEVY CHASE, LOGAN CIRCLE AND SPRING VALLEY LOCATIONS.** |
| **MT VERNON AVENUE LLC**<br>**ATTN SCOTT MITCHELL**<br>**1300 LAFAYETTE DR**<br>**ALEXANDRIA, VA 22308**<br>    **LANDLORD** | **06-23-2014** | **$4,000.00 - STORE EQUIPMENT PACKAGE - DEL RAY LOCATION.** |
| **MAC BRUCE, INC.**<br>**DBA MAC KELLY'S**<br>    **NONE** | **07-28-2014** | **$5,000.00 - ALL EQUIPMENT, COOLERS, FREEZER, TABLES, FOOD PREPARATION EQUIPMENT, SMALLWARES, IT AND POS SYSTEM - SOUTH LOOP LOCATION.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

6

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CAPITAL ONE BANK**<br>**4860 MASSACHUSETTS AVENUE NW**<br>**WASHINGTON, DC 20016** | **CHECKING ACCOUNT ENDING #6066** | **$0.00 - 07-31-14** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1046 W. KINZIE, SUITE 300**<br>**CHICAGO, IL  60642** | **HOMEMADE PIZZA COMPANY, L.L.C.** | |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)    8

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **PLANTE & MORAN PLLC**<br>**10 S RIVERSIDE PLAZA 9TH FL**<br>**CHICAGO, IL 60606** | **2012 TAXES** |
| **ANDREW H MAHERAS & CO**<br>**7654 W WHITE PINE PLACE**<br>**PALOS HEIGHTS, IL 60463** | **2008 - 2011 TAXES** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **BRONSWICK REICIN POLLACK LTD** | **ATTN BUDDY HOFFMAN**<br>**2150 E LAKE COOK ROAD SUITE 430**<br>**BUFFALO GROVE, IL 60089** | **2013** |
| **PLANTE & MORAN PLLC** | **ATTN GREG RIEF**<br>**10 S RIVERSIDE PLAZA 9TH FL**<br>**CHICAGO, IL 60606** | **2008 - 2012** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **BRONSWICK REICIN POLLACK LTD** | **ATTN BUDDY HOFFMAN**<br>**2150 E LAKE COOK ROAD SUITE 430**<br>**BUFFALO GROVE, IL 60089** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **METROPOLITAN CAPITAL BANK**<br>**NINE E. ONTARIO**<br>**CHICAGO, IL 60611** | |

---

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    9

None     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐          controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **ALLAN HICKOK**<br>**365 N JEFFERSON ST, #3501**<br>**CHICAGO, IL 60661** | **CHIEF EXECUTIVE OFFICER** | **NONE** |
| **HMP, LLC**<br>**233 S WACKER DRIVE**<br>**CHICAGO, IL 60606** | **SHAREHOLDER** | **NEW SERIES CLASS 3 - 17.23%** |
| **MHM & CO., LTD**<br>**1422 EUCLID, SUITE 830**<br>**CLEVELAND, OH 44115** | **SHAREHOLDER** | **NEW SERIES CLASS 3 - 5.14%** |
| **WEST RIVER CAPITAL** | **SHAREHOLDER** | **NEW SERIES CLASS 2 - 5.44%** |
| **WEST RIVER CAPITAL** | **SHAREHOLDER** | **NEW SERIES CLASS 2 - 6.51%** |
| **WEST RIVER CAPITAL** | **SHAREHOLDER** | **NEW SERIES CLASS 2 - 6.51%** |
| **ERIC FOSSE**<br>**1135 SKOKIE RIDGE DRIVE**<br>**GLENCOE, IL 60022** | **SHAREHOLDER** | **NEW SERIES CLASS 1 - 6.96%** |
| **MANAGEMENT - OTHER** | **SHAREHOLDER** | **NEW SERIES CLASS 1 - 8%** |

**SHAREHOLDERS - SEE ATTACHED**
**EXHIBIT 21(b)**

### 22 . Former partners, officers, directors and shareholders

None     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
☐          commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐          immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                  10

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December  3, 2014**                         Signature    **/s/ ALLAN HICKOK**
                                                                   **ALLAN HICKOK**
                                                                   **CHIEF EXECUTIVE OFFICER**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014
Processes: 2013110502 - 2014102601
Pay Periods: 10/16/2013 to 10/15/2014

Page 1 of 24

# EXHIBIT 3(c) TO
# STATEMENT OF FINANCIAL AFFAIRS

**Hickok, Allan**

| | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 124290 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,664.22 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 11/20/2013 |
| Rate | 96.15 | | | | | SS | | | | | | | Net | 6,001.29 |
| Freq | S | | | | | MN | S-6 | | 8,333.34 | 547.00 | | | Dir Dep | 6,001.29 |
| | | Totals | | | 8,333.34 | Totals | | | | 2,332.05 | Totals | | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/25/2014
Processes: 2013110502 - 2014102801

Pay Periods:  10/16/2013 to 10/15/2014

| | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 124418 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | | | | | | | | | | | | |
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,664.22 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.87 | | | Chk Date | 12/5/2013 |
| Rate | 96.15 | | | | | SS | | | | | | Net | 6,001.25 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 547.00 | | | Dir Dep | 6,001.25 |
| | | Totals | | | 8,333.34 | Totals | | | 2,332.09 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2014 to 10/15/2014
Processes: 2013110502 - 2014102001

Pay Periods:  10/16/2013 to 10/15/2014

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 124547 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,664.22 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 12/20/2013 |
| Rate | 96.15 | | | | | MEDHI | | | 0.16 | | | Net | 6,001.29 |
| Freq | S | | | | | SS | | | | | | Dir Dep | 6,001.29 |
| | | | | | | MN | S-6 | 8,333.34 | 547.00 | | | | |
| | | Totals | | | 8,333.34 | Totals | | | 2,332.05 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/15/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

Page 4 of 24

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 124686 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 1/3/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/31/2014

Processes: 2013110502 - 2014102801

Pay Periods:  10/16/2013 to 10/15/2014

Page 5 of 24

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 124825 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 1/20/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



# Compensation Report

**Page 6 of 24**

Homemade Pizza LLC   (B9150)

Check Dates: 11/30/14 to 10/15/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 124960 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | | | | | | | | | | | | | |
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 2/5/2014 |
| Rate | 96.15 | | | | | SS | | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Processes: 2013110502 - 2014102601

Check Dates: 11/09/2013 to 10/30/2014

Pay Periods:  10/16/2013 to 10/15/2014

Page 7 of 24

| **Hickok, Allan** | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 125094 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 2/20/2014 |
| Rate | 96.15 | | | | | SS | | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

| | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 125235 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | | | | | | | | | | | | |
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 3/5/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2014 to 10/29/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| **Hickok, Allan** | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 125374 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 3/20/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

**Page 10 of 24**

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 125518 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 4/4/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014
Processes: 2013110502 - 2014102801

Pay Periods:  10/16/2013 to 10/15/2014

| | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 125646 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,654.07 | | | Type | Regular |
| Emp Id | 11962 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 4/18/2014 |
| Salary | 8333.34 | | | | | SS | | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Rate | 96.15 | | | | | MN | S-6 | | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| Freq | S | | | | | | | | | | | | | |
| | | Totals | | | 8,333.34 | Totals | | | | 2,834.57 | Totals | | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2014 to 10/29/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 125775 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 5/5/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

**Compensation Report**                                                                                   **Page 13 of 24**

Homemade Pizza LLC   (B9150)

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 125942 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | | | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 5/20/2014 |
| Rate | 96.15 | | | | | SS | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| | | Totals | | | 8,333.34 | Totals | | | 2,834.57 | Totals | | | |

User: elizabethc

Run on 10/29/2014 at 7:32 PM



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014

Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

**Page 14 of 24**

| | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 126065 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,654.07 | | | Type | Regular |
| Emp Id | 11962 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 6/5/2014 |
| Salary | 8333.34 | | | | | SS | | | 8,333.34 | 516.67 | | | Net | 5,498.77 |
| Rate | 96.15 | | | | | MN | S-6 | | 8,333.34 | 543.00 | | | Dir Dep | 5,498.77 |
| Freq | S | | | | | | | | | | | | | |
| | | Totals | | | 8,333.34 | Totals | | | | 2,834.57 | Totals | | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014
Processes: 2013110502 - 2014102801

Pay Periods:  10/16/2013 to 10/15/2014

| **Hickok, Allan** | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126091 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 16,025.65 | 4,150.45 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | PTO | 80.00 | 96.15 | 7,692.31 | MED | | 16,025.65 | 232.41 | | | Chk Date | 6/20/2014 |
| Rate | 96.15 | | | | | SS | | 16,025.65 | 993.59 | | | Net | 9,389.20 |
| Freq | S | | | | | MN | S-6 | 16,025.65 | 1,300.00 | | | Dir Dep | 9,389.20 |
| | | Totals | 80.00 | | 16,025.65 | Totals | | | 6,676.45 | Totals | -40.00 | | |

Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926



**Compensation Report**

Homemade Pizza LLC   (B9150)

Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| | | Code | Hours | Rate | Amount | Code | Status | | Taxable | Amount | Code | Amount | Vchr | 126107 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | | | | | | | | | | | | | |
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | | | | | MED | | | 8,333.34 | 120.83 | | | Chk Date | 7/3/2014 |
| Rate | 96.15 | | | | | SS | | | 8,333.34 | 516.67 | | | Net | 5,538.77 |
| Freq | S | | | | | MN | S-6 | | 8,333.34 | 543.00 | | | Dir Dep | 5,538.77 |
| | | Totals | | | 8,333.34 | Totals | | | | 2,834.57 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Processes: 2013110502 - 2014102001

Pay Periods:  10/16/2013 to 10/15/2014

| **Hickok, Allan** | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126116 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 9,824.38 | 2,104.03 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | RETRO | | | 1,491.04 | MED | | 9,824.38 | 142.45 | | | Chk Date | 7/18/2014 |
| Rate | 96.15 | | | | | SS | | 974.27 | 60.40 | | | Net | 6,867.50 |
| Freq | S | | | | | MN | S-6 | 9,824.38 | 690.00 | | | Dir Dep | 6,867.50 |
| | | Totals | | | 9,824.38 | Totals | | | 2,996.88 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126125 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 9,716.80 | 2,068.53 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | RETRO | | | 1,383.46 | MED | | 9,716.80 | 140.89 | | | Chk Date | 8/5/2014 |
| Rate | 96.15 | | | | | SS | | | | | | Net | 6,868.38 |
| Freq | S | | | | | MN | S-6 | 9,716.80 | 679.00 | | | Dir Dep | 6,868.38 |
| | | Totals | | | 9,716.80 | Totals | | | 2,888.42 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Page 19 of 24

| | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126132 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Emp Id | 11962 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 8/20/2014 |
| Salary | 8333.34 | | | | | SS | | | | | | Net | 6,055.44 |
| Rate | 96.15 | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 6,055.44 |
| Freq | S | | | | | | | | | | | | |
| | | Totals | | | 8,333.34 | Totals | | | 2,317.90 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2014 to 10/15/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| **Hickok, Allan** | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126139 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 9/5/2014 |
| Rate | 96.15 | | | | | SS | | | -0.03 | | | Net | 6,055.47 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 6,055.47 |
| | | Totals | | | 8,333.34 | Totals | | | 2,317.87 | Totals | -40.00 | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

**Compensation Report**

Homemade Pizza LLC   (B9150)

**Page 21 of 24**

| | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126146 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Emp Id | 11962 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 9/19/2014 |
| Salary | 8333.34 | | | | | SS | | | | | | Net | 6,055.44 |
| Rate | 96.15 | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 6,055.44 |
| Freq | S | | | | | | | | | | | | |
| | | Totals | | | 8,333.34 | Totals | | | 2,317.90 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126153 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hickok, Allan** | | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Emp Id | 11962 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 10/3/2014 |
| Salary | 8333.34 | | | | | SS | | | | | | Net | 6,055.44 |
| Rate | 96.15 | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 6,055.44 |
| Freq | S | | | | | | | | | | | | |
| | | Totals | | | 8,333.34 | Totals | | | 2,317.90 | Totals | -40.00 | | |



**Compensation Report**

Homemade Pizza LLC   (B9150)

Check Dates:  11/09/2013 to 10/28/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

| Hickok, Allan | | Code | Hours | Rate | Amount | Code | Status | Taxable | Amount | Code | Amount | Vchr | 126160 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 11962 | REG | | 96.15 | 8,333.34 | FITW | S-8 | 8,333.34 | 1,654.07 | PHONE | -40.00 | Type | Regular |
| Salary | 8333.34 | | | | | MED | | 8,333.34 | 120.83 | | | Chk Date | 10/20/2014 |
| Rate | 96.15 | | | | | SS | | | | | | Net | 6,055.44 |
| Freq | S | | | | | MN | S-6 | 8,333.34 | 543.00 | | | Dir Dep | 6,055.44 |
| | | Totals | | | 8,333.34 | Totals | | | 2,317.90 | Totals | -40.00 | | |



# Compensation Report

Homemade Pizza LLC   (B9150)

Check Dates: 11/09/2013 to 10/29/2014
Processes: 2013110502 - 2014102601

Pay Periods:  10/16/2013 to 10/15/2014

**Page 24 of 24**

## Report Totals

| Employees | 1 | Code | Hours | Amount | Code | Taxable | Amount | Code | Amount | Chk/Vchr | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Female | 0 | REG | | 191,666.82 | FITW | 202,233.63 | 41,434.86 | PHONE | -360.00 | Checks | #Error |
| Male | 1 | PTO | 80.00 | 7,692.31 | MED | 202,233.63 | 2,932.39 | | | Vouchers | #Error |
| | | RETRO | | 2,874.50 | MEDHI | 0.16 | | | | Net | 137,431.38 |
| | | | | | SS | 117,000.00 | 7,254.00 | | | Dir Dep | 137,431.38 |
| | | | | | MN | 202,233.63 | 13,541.00 | | | Chk | 0.00 |
| | | Totals | 80.00 | 202,233.63 | Totals | | 65,162.25 | Totals | -360.00 | | |



Paylocity Corporation
(847) 956-4850  Fax (847) 956-1926

User: elizabethc

Run on 10/29/2014 at 7:32 PM

# EXHIBIT 21(b) TO
# STATEMENT OF FINANCIAL AFFAIRS

**Shareholders**

| Name1 | Name2 | Address | City | State | Zip |
|---|---|---|---|---|---|
| Adelstein | Eric | 2145 W. Caton | Chicago | IL | 60647 |
| Arnett | Dana | 1347 S State St | Chicago | IL | 60605 |
| Arquette | Andrew | 1225 N. Euclid | Oak Park | IL | 60302 |
| Baker | Warren | | | | |
| Bender | Todd M. | 579 Cedarberry Lane | San Rafael | CA | 94903 |
| Bisgeier | Daniel | 344 Third Avenue, PHB | New York | NY | 10010 |
| Blair | Margaret H. | 1236 North State Parkway | Chicago | IL | 60610 |
| Blanks | Maurice | 1820 Dupont Avenue | Minneapolis | MN | 55403 |
| Bringas | Esteban | 340 W. Superior, Unit 1202 | Chicago | IL | 60654 |
| Brinson | Gary | 737 North Michigan Avenue, Suite 1810 | Chicago | IL | 60611 |
| Brinson | Monique | 210 South Clark Street, 4nd Floor | Chicago | IL | 60603 |
| Brinson | Tally | 21 South Clark Street, 42nd Floor | Chicago | IL | 60603 |
| Brotman | Jeff | 1325 4th Avenue, #210 | Seattle | IL | 98101 |
| Cashman | Brendan | 1353 Tower Road | Winnetka | IL | 60093 |
| Cashman | Thomas F. | 141 West Jackson, Suite 300 | Chicago | IL | 60604 |
| Cashman Pension Plan and Trust | Thomas J. Cashman Pension Plan and Trust | 141 West Jackson, Suite 300 | Chicago | IL | 60604 |
| Chandler | Edward K. | 281 West Laurel Avenue | Lake Forest | IL | 60045 |
| Dandy | Jay | 4801 South Woodlawn Avenue | Chicago | IL | 60615 |
| Deutsch | Glenn | 558 Sunset Lane | Glencoe | IL | 60022 |
| Dingeman Trust | Dingeman Trust | 249 Hillcrest Avenue | Gross Pointe Farms | MI | 48236 |
| Dolan | Tim | 775 Lincoln Avenue | Winnetka | IL | 60093 |
| Edwards | Mike | 238 Hollywood Ct. | Wilmette | IL | 60091 |
| Fosse | Eric | 1135 Skokie Ridge Drive | Glencoe | IL | 60022 |
| Fosse FBO Chloe Fosse | Eric Fosse FBO Chloe Fosse | 1135 Skokie Ridge Drive | Glencoe | IL | 60022 |
| Fosse FBO Eloise Fosse | Eric Fosse FBO Eloise Fosse | 1135 Skokie Ridge Drive | Glencoe | IL | 60022 |
| Fosse FBO Sabrina Fosse | Eric Fosse FBO Sabrina Fosse | 1135 Skokie Ridge Drive | Glencoe | IL | 60022 |
| Frederick D. Fischer 993 Trust Restated as of 7-6-99 | Frederick D. Fischer 993 Trust Restated as of 7-6-99 | 222 West Adams | Chicago | IL | 60606 |
| GCI LLC | GCI LLC | 10451 Sperry Rd. | Kirtland | OH | 44094 |
| Geier | James | 1436 West Berteau | Chicago | IL | 60613 |
| Henry M. Grannan and Sheila R. Grannan Co-Trustees of both the Henry M. Grannan Living Trust DTD 8-27-1987 and Sheila R. Grannan Living Trust DTD 9-5-1994, Tenants in Common | Henry M. Grannan and Sheila R. Grannan Co-Trustees | 601 West Randolph, 2nd Floor | Chicago | IL | 60661 |
| Hickok | Allan | | | | |
| HMP LLC | HMP LLC | 233 South Wacker Drive, 96th Floor Phone : | Chicago | IL | 60606 |
| Hochberg / AH Investment Trust | Andy | Two Northfield Plaza, Suite 320 | Northfield | IL | 60093 |
| Jeffrey C. Kalt Living Trust DTD 11-9-05 | Jeffrey C. Kalt Living Trust DTD 11-9-05 | 1886 Kenwood Court | Birmington | MI | 48009 |
| Kalt | David S. | 595 Longwood | Glencoe | IL | 60022 |
| Kaplan | Robert A. | 2325 N Orchard Street | Chicago | IL | 60614-3303 |
| Kaplan | Steven N. | 5807 South Woodlawn | Chicago | IL | 60637 |
| Korman | Marc | 9560 Wilshire Blvd. | Beverly Hills | CA | 90212 |
| Leahy | Christine | 904 Glencoe Drive | Glencoe | IL | 60022 |
| Lowitz | Josh | 111 West Washington, Ste 1401 | Chicago | IL | 60602 |

| | | | | | |
|---|---|---|---|---|---|
| Lowitz | Theodore S. | 5051 North Claremont | Chicago | IL | 60625 |
| Mabie | David K. | 222 West Adams Street | Chicago | IL | 60606 |
| Marjorie Hird Lehman Brothers Sep Custodian / FBO Alain LeCoque | Marjorie Hird Lehman Brothers Sep Custodian / FBO Alain LeCoque | | | | |
| Mark A. Kalt Revocable Trust U/A/D 10-02-98 | Mark A. Kalt Revocable Trust U/A/D 10-02-98 | 3219 Bloomfield Shore Drive | West Bloomfield | MI | 48323 |
| Matt McCall | Wind Dancer Capital LP | 686 Hill Road | Winnetka | IL | 60093 |
| Mccutcheon | Hiliary & Ian | 1409 North Dearborn Parkway | Chicago | IL | 60610 |
| Messer & Stilp | Messer & Stilp | 166 West Washington, #300 | Chicago | IL | 60602 |
| MHM Co. | MHM Co. | 1422 Euclid, Suite 830 | Cleveland | OH | 44115 |
| Miller | Steve | 175 Hazel Road | Glencoe | IL | 60022 |
| Montgomery | Gordon | 681 Walden Road | Winnetka | IL | 60093 |
| Rand | James | 3030 Grand Bay Blvd, Unit 381 | Longboat Key | FL | 34228 |
| Ray | Andrew | 2728 North Bosworth Avenue | Chicago | IL | 60614 |
| Robert Hoyt Revocable Trust | Robert Hoyt Revocable Trust | 1953 North Have Street | Chicago | IL | 60614 |
| Rochman | Randy | 550 Jackson Avenue | Glencoe | IL | 60022 |
| Roger Hill / Lovas LLC | Roger Hill / Lovas LLC | 5000 Willow Spring Drive | Racine | WI | 53402 |
| Rutledge | John W. | 350 West Hubbard Street, Suite 440 | Chicago | IL | 60614 |
| Schatz / 201 E. Walton PP | Schatz / 201 E. Walton PP | 610 North Fairbanks Court, 3rd Floor | Chicago | IL | 60611 |
| Schuler | Fred & Jennifer | 2920 North Commonwealth, #5A | Chicago | IL | 60657 |
| Shapiro | Keith J. | 280 Cedar Avenue | Highland Park | IL | 60035 |
| Stern | Neil | 19 Elder Lane | La Grange | IL | 60525 |
| Stiffle | Scott | 4216 North Greenview | Chicago | IL | 60613 |
| Surman | Robert | 915 Amherst Lane | Wilmette | IL | 60091 |
| Weinberg | Adam | 904 Glencoe Drive | Glencoe | IL | 60022 |
| Weinstein | Matthew | 653 North Kingsbury Street, #1202 | Chicago | IL | 60610 |
| Weiss | Adam S. | 906 Valley Road | Glencoe | IL | 60022 |
| West Family | West Investment Holdings | 1603 Orrington Avenue | Evanston | IL | 60201 |
| West Note | West Note | | | | |
| GPB Recovery Capital LLC | GPB Recovery Capital LLC | 737 Michigan Ave., Suite 1810 | Chicago | IL | 60611 |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **HOMEMADE PIZZA COMPANY, LLC**            Case No.

                          Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 3, 2014**          **/s/ SCOTT E JENSEN**
                                           **SCOTT E JENSEN**
                                           **MURRAY, JENSEN & WILSON, LTD.**
                                           **101 N. WACKER DRIVE, SUITE 101**
                                           **CHICAGO, IL 60606**
                                           **312-263-5432  Fax: 312-263-5759**
                                           **sjensen@mjwchicago.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HOMEMADE PIZZA COMPANY, LLC**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December  3, 2014**

**/s/ ALLAN HICKOK**
**ALLAN HICKOK/CHIEF EXECUTIVE OFFICER**
Signer/Title

1400 MUSEUM PARK COMMERCIAL
C/O THE ENTERPRISE COMPANY
710 W OAKDALE
CHICAGO, IL 60657


1410 WAUKEGAN CENTER LLC
1156 W ARMITAGE AVE
CHICAGO, IL 60614


1522 14TH STREET LLC
C/O CHIP NEWELL
118 BRACKET STREET
PORTLAND, ME 04102


1647 WELLS LLC
1647 N WELLS ST
CHICAGO, IL 60614


1657 DAMEN LLC
C/O JENEL MANAGEMENT CORP
275 MADISON AVE SUITE 702
NEW YORK, NY 10016


ADVANCED DISPOSAL
CHICAGO CENTRAL T8
4612 W LAKE STREET
MELROSE PARK, IL 60160


ALLAN F. HICKOK
365 N JEFFERSON ST #3501
CHICAGO, IL 60661


ALLIED WASTE SERVICES #710
PO BOX 9001154
LOUISVILLE, KY 40290-1154


AMELIA CESARINI FAMILY (THE)
631 CHESTNUT ST
HINSDALE, IL 60521


AMERICAN DISPOSAL COMMERCIAL
SERVICE INC
PO BOX 1326
CENTREVILLE, VA 20122

ANDRE'S IMAGING & GRAPHICS
2643 W CHICAGO AVENUE
CHICAGO, IL 60622


ANICHINI BROTHERS
545 N WELLS
CHICAGO, IL 60654


APPLAUSE
891 WALDEN LANE
LAKE FOREST, IL 60045


ARCADE ON DEERPATH LLC
13110 W HIGHWAY 176 SUITE ONE
LAKE BLUFF, IL 60044


ARLINGTON LEE, LLC
C/O THE WADE COMPANY
1800 N KENT ST SUITE 906
ARLINGTON, VA 22209


AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080


AT&T U-VERSE (SM)
PO BOX 5014
CAROL STREAM, IL 60197-5014


BAKER DEMONSTRATION SCHOOL
201 SHERIDAN ROAD
WILMETTE, IL 60091


BAKER DEVELOPMENT CORP
1156 W RMITAGE AVE
CHICAGO, IL 60614


BALDINO'S LOCK & KEY
PO BOX 1417
NEWINGTON, VA 22122


BANK DIRECT CAPITAL FINANCE
PO BOX 660448
DALLAS, TX 75266-0447

BARBEREUX SCHOOL (THE)
3333 CULVER
EVANSTON, IL 60201


BEAL PROPERTIES
2320 N DAMEN SUITE 1D
CHICAGO, IL 60647


BERNARD & VERA EHRLICH TRUST
913 CLINTWOOD DRIVE
SILVER SPRING, MD 20902


BLUE CROSS BLUE SHIELD
HEALTHCARE SERVICE CORP
25550 NETWORK PLACE
CHICAGO, IL 60673


BOWIE PRODUCE CO INC
2020 BEAVER ROAD
LANDOVER, MD 20785


BRINGAS, RYAN
2612 W ARMITAGE
CHICAGO, IL 60647


BURKHALTER, TIM
1285 N MCKINLEY ROAD
LAKE FOREST, IL 60045


CAINE & WEINER
ATTN LARRY ECK
1699 E WOODFIELD RD SUITE 360
SCHAUMBURG, IL 60173


CAROLINE CONTI TRUST
8310 RED OAK LANE
ORLAND PARK, IL 60462


CHRIST THE KING
100 E WINDSOR AVENUE
ALEXANDRIA, VA 22301


CIG MANAGEMENT LLC
PO BOX 268135
CHICAGO, IL 60626

CINTAS #145
PO BOX 1475
CULPEPER, VA 22701


CINTAS #21
PO BOX #5
BEDFORD PARK, IL 60499


CINTAS #22
1025 NATIONAL PARKWAY
SCHAUMBURG, IL 60173


CINTAS #41
PO BOX 630803
CINCINNATI, OH 45263-0803


CINTAS #769
PO BOX 88005
CHICAGO, IL 60680


CITIBUSINESS CARD
CITIBANK
PO BOX 183051
COLUMBUS, OH 43218-3051


CITY OF CHICAGO DEPT BUSINESS
AFFAIRS CONSUMER PROTECTION
121 N LASALLE STREET, ROOM 800
CHICAGO, IL 60602


CITY OF CHICAGO DEPT OF WATER
MANAGEMENT
PO BOX 6330
CHICAGO, IL 60680-6330


CITY OF EVANSTON WATER DEPT
PO BOX 4007
CAROL STREAM, IL 60197-4007


CNG COMPUTERS
4554 POWELL ROAD
HUBER HEIGHTS, OH 45424

```
COM ED
PO BOX 6111
CAROL STREAM, IL 60197-6111


COMCAST CABLE
PO BOX 3002
SOUTHEASTERN, PA 19398-3001


COMERCI, VINCENT
9057 SHENENDOAH CIRCLE
NAPLES, FL 34113


COZZINI BROS INC
350 HOWARD AVENUE
DES PLAINES, IL 60018


DC WATER AND SEWER AUTHORITY
PO BOX 97200
WASHINGTON, DC 20090


DEMPSTER ASSOCIATES LLC
155 N MICHIGAN AVE SUITE 500
CHICAGO, IL 60601


DEPENDABLE FIRE EQUIPMENT INC
60 LE BARON STREET
WAUKEGAN, IL 60085-3025


DOMINION VIRGINIA POWER
PO BOX 26543
RICHMOND, VA 23290-0001


EDWARD DON AND COMPANY
2562 PAYSPHERE CIRLCE
CHICAGO, IL 60674


ELM ELEMENTARY SCHOOL
5701 GRANT STREET
HINSDALE, IL 60521


FOSSE, ERIC
1135 SKOKIE RIDGE D
GLENCOE, IL 60022
```

FRIENDS OF BURR
1621 W WABANSIA
CHICAGO, IL 60622

FRIENDS OF NEWBERRY
3951 WAVELAND
CHICAGO, IL 60618

FUNNEL LLC
150 N MICHIGAN SUITE 3610
CHICAGO, IL 60601

FW DC SPRING VALLEY SHOPPING
CENTER
PO BOX 822181
PHILADELPHIA, PA 19182-2181

GEORGE MASON PTA
2601 CAMERON MILLS RD
ALEXANDRIA, VA 22302

GOLDMAN, NEIL D.
GOLDMAN & VAN BEEK P.C.
510 KING STREET SUITE 416
ALEXANDRIA, VA 22314

GOLDSTEIN, TRACEY
FEINSTEIN RAISS KELIN & BOOKER
290 W MT PLEASANT AVE SUITE 1340
LIVINGSTON, NJ 07039

GPB RECOVERY CAPITAL LLC
737 MICHIGAN AVENUE, SUITE 1810
CHICAGO, IL 60611

GREAT CRANBERRY ISLAND LLC
10451 SPERRY ROAD
KIRTLAND, OH 44094

GRINDING COMPANY OF AMERICA INC
105 ANNABEL AVENUE
BALTIMORE, MD 21225

GROOT INDUSTRIES INC
2500 LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007


HARTFORD (THE)
PO BOX 660916
DALLAS, TX 75266-0916


HITACHI CAPITAL AMERICA CORP
21925 NETWORK PLACE
CHICAGO, IL 60673-1219


HMP, LLC
233 S WACKER DRIVE
CHICAGO, IL 60606


HORIZON AGENCY INC
6500 CITY WEST PARKWAY SUITE 100
EDEN PRAIRIE, MN 55344


ICE MILLER LLP
26239 NETWORK PLACE
CHICAGO, IL 60673-1272


JAKUBOWSKI, STEVE
ROBBINS SALOMON & PRATT LTD
180 N LASALLE STREET SUITE 3300
CHICAGO, IL 60601


JOSEPH P DAY REALTY
C/O GROVE PARK REALTY CORP
9 E 40TH ST
NEW YORK, NY 10016


KEYTH TECHNOLOGIES
PO BOX 1132
GLENVIEW, IL 60025


KING LAB GARDEN CLUB
2438 COWPER AVENUE
EVANSTON, IL 60201


LAKE PARK ASSOCIATES
1526 E 55TH STREET
CHICAGO, IL 60615

LAKESHORE WASTE
6132 OAKTON STREET
MORTON GROVE, IL 60053


LAVOIE, JOHN
COOLEY LLP
11951 FREEDOM DRIVE
RESTON, VA 20190-5656


LIGOCKI, DANIEL
CITIZENS ADVOCATE
100 W RANDOLPH ST
CHICAGO, IL 60601


LOGAN DENVER L.L.C.
C/O JAFFE & BERLIN - SHAWN CLANCY
111 W WASHINGTON SUITE 900
CHICAGO, IL 60602


LOVETT, PATRICK
1735 N PAULINA ST UNIT 203
CHICAGO, IL 60622


MAKE-A-WISH ILLINOIS
ATTN DANA WHITTY
640 N LASALLE DRIVE SUITE 280
CHICAGO, IL 60654


MAKE-A-WISH MID-ATLANTIC
ATTN AMANDA BURKE
5272 RIVER ROAD SUITE 700
BETHESDA, MD 20816


MARK VEND COMPANY
3000 MACARTHUR BLVD
NORTHBROOK, IL 60062-1902


METLIFE
PO BOX 804466
KANSAS CITY, MO 64180-4466


METROPOLITAN CAPITAL BANK
& TRUST
NINE E ONTARIO
CHICAGO, IL 60611

MHM & CO., LTD
1422 EUCLID, SUITE 830
CLEVELAND, OH 44115


MPR INTERESTS LLC
144 GREEN BAY ROAD
WINNETKA, IL 60093


MT VERNON AVENUE LLC
2417 C MOUNT VERNON AVENUE
ALEXANDRIA, VA 22301


MT VERNON COMMUNITY SCHOOL
261 COMMONWEALTH AVENUE
ALEXANDRIA, VA 22305


NCR CORPORATION
PO BOX 198755
ATLANTA, GA 30384-8755


NICOR GAS
PO BOX 5407
CAROL STREAM, IL 60197


NINO'S
1710 N ELLWOOD AVENUE
BALTIMORE, MD 21213


NORTH COMMUNITY BANK
METROPOLITAN BANK GROUP
1110 W 35TH STREET
CHICAGO, IL 60609


NORTH SHORE COUNTY DAY SCHOOL
310 GREENBAY ROAD
WINNETKA, IL 60093


NORTH SHORE GAS
PO BOX A3991
CHICAGO, IL 60690-3991


NORTHMINISTER NURSERY SCHOOL
ATTN LOIS WALL
2515 CENTRAL PARK AVENUE
EVANSTON, IL 60201

```
OAK SCHOOL PTO
ATTN DEE BAUER
950 S OAK
HINSDALE, IL 60521


OFFICE OF THE ATTORNEY GENERAL
ATTN DANIEL LIGOCKI
100 W RANDOLPH STREET
CHICAGO, IL 60601


PARK SCHOOL PTA
828 MAIN STREET
EVANSTON, IL 60202


PEOPLES GAS
ATTN CUSTOMER SERVICE
200 E RANDOLPH
CHICAGO, IL 60601


PEPCO
PO BOX 13608
PHILADELPHIA, PA 19101-3608


PEPSI-COLA
PO BOX 75948
CHICAGO, IL 60675


PIONEER ROSCOE LLC
C/O PIONEER ACQUISITIONS LLC
220 E 42ND STREET 29TH FL
NEW YORK, NY 10017


PLANTE & MORAN PLLC
16060 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


PRESSWRITE PRINTING INC
3384 BROWNLOW AVENUE
MINNEAPOLIS, MN 55426-4226


PRESTO X
PO BOX 13848
READING, PA 19612-3848
```

PROMO DEPOT INC
7570 W 21ST NORTH BLDG 1006 STE C
WICHITA, KS 67205


QUEEN OF ANGELS
4520 N WESTERN AVENUE
CHICAGO, IL 60625


RACKSPACE HOSTING
PO BOX 730759
DALLAS, TX 75373-0759


REEVE & VAN HORNE
65 N DEAN ST
ENGLEWOOD, NJ 07631


RIDGEVILLE CULTURAL ORG
ATTN MIKE MIRO
908 SEWARD STREET
EVANSTON, IL 60202


RM SERVICES
625 ESTES AVENUE
SCHAUMBURG, IL 60193


SACRED HEART SCHOOL PTO
1095 GAGE STREET
WINNETKA, IL 60093


SAEKS, LORNE T.
MUCH SHELIST, PC
191 N WACKER DR SUITE 1800
CHICAGO, IL 60606


SAFE DINING ASSOCIATION
PO BOX 637
DOWNERS GROVE, IL 60515-0637


SELVERS, ROBERT L.
WILENTZ GOLDMAN & SPITZER PA
90 WOODBRIDGE CENTER DR STE 900
WOODBRIDGE, NJ 07095-0958

SKOKIE WASHBURN SCHOOL PTO
1015 CHERRY STREET
WINNETKA, IL 60093


ST ATHANASIUS PTO
2510 ASHLAND AVENUE
EVANSTON, IL 60201


ST CLEMENT PARENT ASSOCIATION
ATTN CAROL BIBAT
2524 N ORCHAR STREET
CHICAGO, IL 60614


ST DAVID NURSERY SCHOOL
ATTN RINDY POWER
2410 GLENVIEW ROAD
GLENVIEW, IL 60025


ST FRANCIS XAVIER SCHOOL HSO
ATTN TREASURER
808 LINDEN AVENUE
WILMETTE, IL 60091


ST JOHN OF THE CROSS WOMEN'S CLUB
5005 S WOLF ROAD
WESTERN SPRINGS, IL 60558


ST MATTHIAS ATHLETIC CLUB
ATTN ADAM DUFAULT
4910 N CLAREMONT
CHICAGO, IL 60625


STILP, THOMAS R.
MESSER & STILP, LTD.
166 W WASHINGTON SUITE 300
CHICAGO, IL 60602-2390


STRS L3 ACQ1
C/O MID AMERICA ASSET MGMT
1 PARKVIEW PLAZA 9TH FL
OAK BROOK TERRACE, IL 60181


SYMETRA LIFE INSURANCE COMPANY
PO BOX 1491
MINNEAPOLIS, MN 55480-1491

```
SYSCO - BALTIMORE
PO BOX 1099
JESSUP, MD 20794


SYSCO - CHICAGO
PO BOX 5037
DES PLAINES, IL 60017-5037


TECH-24
5256 EISENHOWER AVENUE
ALEXANDRIA, VA 22304


TESTA PRODUCE INC
DEPT 10222
PO BOX 87618
CHICAGO, IL 60680-0618


VERIO GRAPHICS
3508 N ELSTON AVENUE
CHICAGO, IL 60618


VERIZON
PO BOX 660720
DALLAS, TX 75266-0720


VERIZON
PO BOX 24404
LEHIGH VALLEY, PA 18002-5505


VILLAGE OF HINSDALE
19 E CHICAGO AVENUE
HINSDALE, IL 60521


VILLAGE OF WINNETKA
510 GREEN BAY ROAD
WINNETKA, IL 60093


WARREN CHERRY PRESCHOOL
1418 LAKE STREET
EVANSTON, IL 60201


WASHINGTON GAS
PO BOX 37747
PHILADELPHIA, PA 19101-5047
```

```
WASHINGTON YU YANG PCS
ATTN SHANNON ROCHE
220 TAYLOR STREET NE
WASHINGTON, DC 20017


WEST, GARY
C/O WEST INVESTMENT HOLDINGS
1603 ORRINGTON AVENUE
EVANSTON, IL 60201


WEST, MARY
C/O WEST INVESTMENT HOLDINGS
1603 ORRINGTON AVENUE
EVANSTON, IL 60201


WILLARD ELEMENTARY SCHOOL PTA
SECOND MORTGAGE2700 HURD AVENUE
EVANSTON, IL 60201


WILLOW WOOD PRESCHOOL
PO BOX 362
WINNETKA, IL 60093


WOMAN'S CLUB OF EVANSTON (THE)
1702 CHICAGO AVENUE
EVANSTON, IL 60201
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HOMEMADE PIZZA COMPANY, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HOMEMADE PIZZA COMPANY, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2014**

Date

**/s/ SCOTT E JENSEN**

**SCOTT E JENSEN**

Signature of Attorney or Litigant

Counsel for   **HOMEMADE PIZZA COMPANY, LLC**

**MURRAY, JENSEN & WILSON, LTD.**

**101 N. WACKER DRIVE, SUITE 101
CHICAGO, IL 60606
312-263-5432 Fax:312-263-5759
sjensen@mjwchicago.com**