# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HOMEMADE PIZZA COMPANY, LLC § § § § 

Case No. 14-43324
Hon. CAROL A. DOYLE
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/16/2015 in Courtroom 742, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
                                       (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HOMEMADE PIZZA COMPANY, LLC § § § § Case No. 14-43324
Hon. CAROL A. DOYLE
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $22,972.34 |
| *and approved disbursements of* | $55.72 |
| *leaving a balance on hand of* [1] | $22,916.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $22,916.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,047.23 | $0.00 | $3,047.23 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $14.90 | $0.00 | $14.90 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,062.13 |
| Remaining balance: | $19,854.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for         , Fees* | | | |
| *Accountant for         , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $19,854.49 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ___$6,717.61___ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Illinois Department of Revenue | $6,717.61 | $0.00 | $6,717.61 |
| | Total to be paid for priority claims: | | | $6,717.61 |
| | Remaining balance: | | | $13,136.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $501,271.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Financial Management | $155,208.52 | $0.00 | $4,067.57 |
| 2 | Peoples Gas, Light & Coke Co. | $2,278.08 | $0.00 | $59.70 |
| 3 | Commonwealth Edison Co. | $13,516.76 | $0.00 | $354.23 |
| 4 | Ryan Bringas | $664.99 | $0.00 | $17.43 |
| 5 | Verlo Graphics | $3,470.00 | $0.00 | $90.94 |
| 6 | Edward Don & Co. | $23,819.84 | $0.00 | $624.25 |
| 7 | Chatham Center LLC | $94,841.73 | $0.00 | $2,485.53 |
| 8 | Pepsi Beverages Co. | $968.31 | $0.00 | $25.38 |
| 9 | Hartford Fire Insurance Co. | $25,200.25 | $0.00 | $660.42 |
| 10 | American InfoSource LP agent for Verizon | $177.35 | $0.00 | $4.65 |
| 11 | American InfoSource LP agent for Verizon | $926.14 | $0.00 | $24.27 |
| 12 | American InfoSource LP agent for Verizon | $1,352.82 | $0.00 | $35.45 |
| 13 | Village of Winnetka | $1,309.90 | $0.00 | $34.33 |
| 15 | Nicor Gas | $190.32 | $0.00 | $4.99 |
| 16 | Funnel LLC | $19,215.00 | $0.00 | $503.57 |
| 17 | 1647 Wells LLC | $54,830.25 | $0.00 | $1,436.94 |
| 18 | JC Erlich Pest Control | $2,462.24 | $0.00 | $64.53 |
| 19 | Illinois Bell Telephone | $471.50 | $0.00 | $12.36 |
| 20 | General Auto Service Station | $100,367.43 | $0.00 | $2,630.34 |
| | Total to be paid for timely general unsecured claims: | | | $13,136.88 |
| | Remaining balance: | | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$1,731.55_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Illinois Dept of Revenue | $1,731.55 | $0.00 | $0.00 |
|  | Total to be paid for subordinated claims: |  |  | $0.00 |
|  | Remaining balance: |  |  | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 14-43324-CAD
HOMEMADE PIZZA COMPANY, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 4     Date Rcvd: Jun 22, 2015
                  Form ID: pdf006     Total Noticed: 167

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2015.

```
db          +HOMEMADE PIZZA COMPANY, LLC,    415 N. ABERDEEN,    CHICAGO, IL 60642-8265
22694012    +1400 MUSEUM PARK COMMERCIAL,    C/O THE ENTERPRISE COMPANY,    710 W OAKDALE,
              CHICAGO, IL 60657-5789
22694013    +1410 WAUKEGAN CENTER LLC,    1156 W ARMITAGE AVE,    CHICAGO, IL 60614-4104
22694014    +1522 14TH STREET LLC,    C/O CHIP NEWELL,    118 BRACKET STREET,    PORTLAND, ME 04102-3824
22694015    +1647 WELLS LLC,    1647 N WELLS ST,    CHICAGO, IL 60614-6090
23138879    +1647 Wells, LLC,    c/o H. Dembo & J. Gansberg,    Much Shelist, P.C.,
              191 N. Wacker Drive, #1800,    Chicago, IL 60606-1631
22694016    +1657 DAMEN LLC,    C/O JENEL MANAGEMENT CORP,    275 MADISON AVE SUITE 702,
              NEW YORK, NY 10016-1101
22694017    +ADVANCED DISPOSAL,    CHICAGO CENTRAL T8,    4612 W LAKE STREET,    MELROSE PARK, IL 60160-2747
22694018    #+ALLAN F. HICKOK,    365 N JEFFERSON ST #3501,    CHICAGO, IL 60661-1600
22694019     ALLIED WASTE SERVICES #710,    PO BOX 9001154,    LOUISVILLE, KY 40290-1154
22694020    +AMELIA CESARINI FAMILY (THE),    631 CHESTNUT ST,    HINSDALE, IL 60521-3105
22694021    +AMERICAN DISPOSAL COMMERCIAL,    SERVICE INC,    PO BOX 1326,    CENTREVILLE, VA 20122-8326
22694022    +ANDRE'S IMAGING & GRAPHICS,    2643 W CHICAGO AVENUE,    CHICAGO, IL 60622-4519
22694023    +ANICHINI BROTHERS,    545 N WELLS,    CHICAGO, IL 60654-2628
22694024    +APPLAUSE,    891 WALDEN LANE,    LAKE FOREST, IL 60045-3317
22694025    +ARCADE ON DEERPATH LLC,    13110 W HIGHWAY 176 SUITE ONE,    LAKE BLUFF, IL 60044-1478
22694026    +ARLINGTON LEE, LLC,    C/O THE WADE COMPANY,    1800 N KENT ST SUITE 906,
              ARLINGTON, VA 22209-2109
22694028     AT&T U-VERSE (SM),    PO BOX 5014,    CAROL STREAM, IL 60197-5014
23082488    +Axia Law, LLC,    Att: Alexander Pappas,    1 N. LaSalle St., Ste. 1450,    Chicago, IL 60602-4351
22694029    +BAKER DEMONSTRATION SCHOOL,    201 SHERIDAN ROAD,    WILMETTE, IL 60091-3452
22694030    +BAKER DEVELOPMENT CORP,    1156 W RMITAGE AVE,    CHICAGO, IL 60614-4104
22694031    +BALDINO'S LOCK & KEY,    PO BOX 1417,    NEWINGTON, VA 22122-1417
22694032    +BANK DIRECT CAPITAL FINANCE,    PO BOX 660440,    DALLAS, TX 75266-0448
22694033    +BARBEREUX SCHOOL (THE),    3333 CULVER,    EVANSTON, IL 60201-1113
22694034    +BEAL PROPERTIES,    2320 N DAMEN SUITE 1D,    CHICAGO, IL 60647-3367
22694035    +BERNARD & VERA EHRLICH TRUST,    913 CLINTWOOD DRIVE,    SILVER SPRING, MD 20902-1705
22694036    +BLUE CROSS BLUE SHIELD,    HEALTHCARE SERVICE CORP,    25550 NETWORK PLACE,
              CHICAGO, IL 60673-1255
22694037    +BOWIE PRODUCE CO INC,    2020 BEAVER ROAD,    LANDOVER, MD 20785-3201
22694038    +BRINGAS, RYAN,    2612 W ARMITAGE,    CHICAGO, IL 60647-4209
22694039    +BURKHALTER, TIM,    1285 N MCKINLEY ROAD,    LAKE FOREST, IL 60045-1371
22694040    +CAINE & WEINER,    ATTN LARRY ECK,    1699 E WOODFIELD RD SUITE 360,    SCHAUMBURG, IL 60173-4935
22694041    +CAROLINE CONTI TRUST,    8310 RED OAK LANE,    ORLAND PARK, IL 60462-1758
22694042    #+CHRIST THE KING,    100 E WINDSOR AVENUE,    ALEXANDRIA, VA 22301-1316
22694043    +CIG MANAGEMENT LLC,    PO BOX 268135,    CHICAGO, IL 60626-8135
22694044    +CINTAS #145,    PO BOX 1475,    CULPEPER, VA 22701-6475
22694045    +CINTAS #21,    PO BOX #5,    BEDFORD PARK, IL 60499-0005
22694046    +CINTAS #22,    1025 NATIONAL PARKWAY,    SCHAUMBURG, IL 60173-5620
22694047     CINTAS #41,    PO BOX 630803,    CINCINNATI, OH 45263-0803
22694048    +CINTAS #769,    PO BOX 88005,    CHICAGO, IL 60680-1005
22694049    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CITIBUSINESS CARD,    CITIBANK,    PO BOX 183051,
              COLUMBUS, OH 43218-3051)
22694050    +CITY OF CHICAGO DEPT BUSINESS,    AFFAIRS CONSUMER PROTECTION,    121 N LASALLE STREET, ROOM 800,
              CHICAGO, IL 60602-1237
22694051     CITY OF CHICAGO DEPT OF WATER,    MANAGEMENT,    PO BOX 6330,    CHICAGO, IL 60680-6330
22694052     CITY OF EVANSTON WATER DEPT,    PO BOX 4007,    CAROL STREAM, IL 60197-4007
22694053    +CNG COMPUTERS,    4554 POWELL ROAD,    HUBER HEIGHTS, OH 45424-5859
22694055    +COMCAST CABLE,    PO BOX 3002,    SOUTHEASTERN, PA 19398-3002
22694056    +COMERCI, VINCENT,    9057 SHENENDOAH CIRCLE,    NAPLES, FL 34113-1664
22694057    +COZZINI BROS INC,    350 HOWARD AVENUE,    DES PLAINES, IL 60018-1908
22899944    +Chatham Center, LLC,    c/o John P Di Lorio, Esq,    Shapiro, Croland, Reiser,
              411 Hackensack Ave,    Hackensack, NJ 07601-6365
22694058    +DC WATER AND SEWER AUTHORITY,    PO BOX 97200,    WASHINGTON, DC 20090-7200
22694059    +DEMPSTER ASSOCIATES LLC,    155 N MICHIGAN AVE SUITE 500,    CHICAGO, IL 60601-7511
22988298    +DEMPSTER ASSOCIATES LLC,    C/O CHARLES B FRIEDMAN,    29 S LASALLE ST STE 456,
              CHICAGO, IL 60603-1549
22694060     DEPENDABLE FIRE EQUIPMENT INC,    60 LE BARON STREET,    WAUKEGAN, IL 60085-3025
22694061    ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: DOMINION VIRGINIA POWER,    PO BOX 26543,    RICHMOND, VA 23290-0001)
22694062    +EDWARD DON AND COMPANY,    2562 PAYSPHERE CIRLCE,    CHICAGO, IL 60674-0025
22694063    +ELM ELEMENTARY SCHOOL,    5701 GRANT STREET,    HINSDALE, IL 60521-4910
22895710    +Edward Don & Co,    9801 Adam Don Parkway,    Woodridge, IL 60517-8136
22694064    +FOSSE, ERIC,    1135 SKOKIE RIDGE D,    GLENCOE, IL 60022-1138
22694065    +FRIENDS OF BURR,    1621 W WABANSIA,    CHICAGO, IL 60622-1439
22694066    +FRIENDS OF NEWBERRY,    3951 WAVELAND,    CHICAGO, IL 60618-4042
22694067    +FUNNEL LLC,    150 N MICHIGAN SUITE 3610,    CHICAGO, IL 60601-7569
22694068     FW DC SPRING VALLEY SHOPPING,    CENTER,    PO BOX 822181,    PHILADELPHIA, PA 19182-2181
22988299    +GENERAL AUTO STATION LLC,    C/O NATHANIEL I GREY,    1 N LASALLE ST STE 1100,
              CHICAGO, IL 60602-3904
```

```
District/off: 0752-1          User: rgreen              Page 2 of 4             Date Rcvd: Jun 22, 2015
                              Form ID: pdf006           Total Noticed: 167


22694069      +GEORGE MASON PTA,    2601 CAMERON MILLS RD,    ALEXANDRIA, VA 22302-2804
22694070      +GOLDMAN, NEIL D.,    GOLDMAN & VAN BEEK P.C.,    510 KING STREET SUITE 416,
                ALEXANDRIA, VA 22314-3132
22694071      +GOLDSTEIN, TRACEY,    FEINSTEIN RAISS KELIN & BOOKER,    290 W MT PLEASANT AVE SUITE 1340,
                LIVINGSTON, NJ 07039-2763
22694072      +GPB RECOVERY CAPITAL LLC,    737 MICHIGAN AVENUE, SUITE 1810,    CHICAGO, IL 60611-6748
22694073      +GREAT CRANBERRY ISLAND LLC,    10451 SPERRY ROAD,    KIRTLAND, OH 44094-9519
22694074      +GRINDING COMPANY OF AMERICA INC,    105 ANNABEL AVENUE,    BALTIMORE, MD 21225-1730
22694075      +GROOT INDUSTRIES INC,    2500 LANDMEIER ROAD,    ELK GROVE VILLAGE, IL 60007-2627
23182923      +General Auto Service Station, LLC,    1 North LaSalle Street,    Suite 1100,
                Chicago, IL 60602-3904
22694076       HARTFORD (THE),   PO BOX 660916,    DALLAS, TX 75266-0916
22694077       HITACHI CAPITAL AMERICA CORP,    21925 NETWORK PLACE,    CHICAGO, IL 60673-1219
22988300      +HMP, LLC,   ATTN DONNA SCALI,    190 LIBERTY ROAD UNIT 1,    CRYSTAL LAKE, IL 60014-8067
22694078      +HMP, LLC,   233 S WACKER DRIVE,    CHICAGO, IL 60606-7147
22996244      +HMP, LLC [AMENDED],    ATTN DONNA SCALI,    190 LIBERTY ROAD UNIT 1,
                CRYSTAL LAKE, IL 60014-8067
22694079      +HORIZON AGENCY INC,    6500 CITY WEST PARKWAY SUITE 100,    EDEN PRAIRIE, MN 55344-7704
22952074       Hartford Fire Insurance Company,    Bankruptcy Unit T-1-55,    Hartford Plaza,
                Hartford, CT 06115
22988301      +ICE MILLER LLP,    200 W MADISON ST STE 3500,    CHICAGO, IL 60606-3417
22694080       ICE MILLER LLP,    26239 NETWORK PLACE,    CHICAGO, IL 60673-1272
22988302      +ILLINOIS ATTORNEY GENERAL,    CONSUMER PROTECTION DIVISION,    100 W RANDOLPH ST,
                CHICAGO, IL 60601-3220
23028615       Illinois Department of Revenue,    Bankruptcy Section Suite 7-400,    PO BOX 64338,
                Chicago, IL. 60664-0338
22694081      +JAKUBOWSKI, STEVE,    ROBBINS SALOMON & PRATT LTD,    180 N LASALLE STREET SUITE 3300,
                CHICAGO, IL 60601-2808
23180556      +JC Enrlich Pest Control,    POB 13848,   Reading, PA 19612-3848
22694082      +JOSEPH P DAY REALTY,    C/O GROVE PARK REALTY CORP,    9 E 40TH ST,    NEW YORK, NY 10016-0402
22694083      +KEYTH TECHNOLOGIES,    PO BOX 1132,    GLENVIEW, IL 60025-8132
22694084      +KING LAB GARDEN CLUB,    2438 COWPER AVENUE,    EVANSTON, IL 60201-1846
22694085     #+LAKE PARK ASSOCIATES,    1526 E 55TH STREET,    CHICAGO, IL 60615-5527
22694086      +LAKESHORE WASTE,    6132 OAKTON STREET,    MORTON GROVE, IL 60053-2718
22694087      +LAVOIE, JOHN,    COOLEY LLP,    11951 FREEDOM DRIVE,    RESTON, VA 20190-5640
22694088      +LIGOCKI, DANIEL,    CITIZENS ADVOCATE,    100 W RANDOLPH ST,    CHICAGO, IL 60601-3218
22694089      +LOGAN DENVER L.L.C.,    C/O JAFFE & BERLIN - SHAWN CLANCY,    111 W WASHINGTON SUITE 900,
                CHICAGO, IL 60602-2770
22694090      +LOVETT, PATRICK,    1735 N PAULINA ST UNIT 203,    CHICAGO, IL 60622-1140
22694091      +MAKE-A-WISH ILLINOIS,    ATTN DANA WHITTY,    640 N LASALLE DRIVE SUITE 280,
                CHICAGO, IL 60654-3754
22694092      +MAKE-A-WISH MID-ATLANTIC,    ATTN AMANDA BURKE,    5272 RIVER ROAD SUITE 700,
                BETHESDA, MD 20816-1445
22694093       MARK VEND COMPANY,    3000 MACARTHUR BLVD,    NORTHBROOK, IL 60062-1902
22694094       METLIFE,   PO BOX 804466,    KANSAS CITY, MO 64180-4466
22694095      +METROPOLITAN CAPITAL BANK,    & TRUST,    NINE E ONTARIO,    CHICAGO, IL 60611-2709
22694096      +MHM & CO., LTD,    1422 EUCLID, SUITE 830,    CLEVELAND, OH 44115-2001
22694097      +MPR INTERESTS LLC,    144 GREEN BAY ROAD,    WINNETKA, IL 60093-4007
22694098      +MT VERNON AVENUE LLC,    2417 C MOUNT VERNON AVENUE,    ALEXANDRIA, VA 22301-1352
22694099      +MT VERNON COMMUNITY SCHOOL,    261 COMMONWEALTH AVENUE,    ALEXANDRIA, VA 22301
22694100       NCR CORPORATION,    PO BOX 198755,    ATLANTA, GA 30384-8755
22694101      +NICOR GAS,   PO BOX 5407,    CAROL STREAM, IL 60197-5407
22694102      +NINO’S,   1710 N ELLWOOD AVENUE,    BALTIMORE, MD 21213-1521
22694103      +NORTH COMMUNITY BANK,    METROPOLITAN BANK GROUP,    1110 W 35TH STREET,    CHICAGO, IL 60609-1442
22694104      +NORTH SHORE COUNTY DAY SCHOOL,    310 GREENBAY ROAD,    WINNETKA, IL 60093-4094
22694105      +NORTH SHORE GAS,    POB 3991,    Chicago, IL 60654-0991
22988303       NORTH SHORE GAS,    PO BOX 19083,    GREEN BAY, WI 54307-9083
22694106      +NORTHMINISTER NURSERY SCHOOL,    ATTN LOIS WALL,    2515 CENTRAL PARK AVENUE,
                EVANSTON, IL 60201-1103
22694107      +OAK SCHOOL PTO,    ATTN DEE BAUER,    950 S OAK,   HINSDALE, IL 60521-4500
22694108      +OFFICE OF THE ATTORNEY GENERAL,    ATTN DANIEL LIGOCKI,    100 W RANDOLPH STREET,
                CHICAGO, IL 60601-3271
22694109      +PARK SCHOOL PTA,    828 MAIN STREET,    EVANSTON, IL 60202-1796
22694110      +PEOPLES GAS,    ATTN CUSTOMER SERVICE,    200 E RANDOLPH,    CHICAGO, IL 60601-6302
22827046      +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6434
22694112      +PEPSI-COLA,    PO BOX 75948,    CHICAGO, IL 60675-5948
22694113      +PIONEER ROSCOE LLC,    C/O PIONEER ACQUISITIONS LLC,    220 E 42ND STREET 29TH FL,
                NEW YORK, NY 10017-5817
22988304      +PIONEER ROSCOE LLC,    C/O BRUCE A SALK,    630 DUNDEE RD STE 120,    NORTHBROOK, IL 60062-2749
22694114      +PLANTE & MORAN PLLC,    16060 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0160
22694115       PRESSWRITE PRINTING INC,    3384 BROWNLOW AVENUE,    MINNEAPOLIS, MN 55426-4226
22694116       PRESTO X,   PO BOX 13848,    READING, PA 19612-3848
22694117      +PROMO DEPOT INC,    7570 W 21ST NORTH BLDG 1006 STE C,    WICHITA, KS 67205-1773
22919437       Pepsi Beverages Company,    c/o Pepsi-Cola,    75 Remittance Drive, Suite 1884,
                Chicago, IL 60675-1884
22694118      +QUEEN OF ANGELS,    4520 N WESTERN AVENUE,    CHICAGO, IL 60625-2194
22694119       RACKSPACE HOSTING,    PO BOX 730759,    DALLAS, TX 75373-0759
22694120      +REEVE & VAN HORNE,    65 N DEAN ST,    ENGLEWOOD, NJ 07631-2805
22694121      +RIDGEVILLE CULTURAL ORG,    ATTN MIKE MIRO,    908 SEWARD STREET,    EVANSTON, IL 60202-2809
22694122      +RM SERVICES,    625 ESTES AVENUE,    SCHAUMBURG, IL 60193-4402
```

```
District/off: 0752-1           User: rgreen              Page 3 of 4                   Date Rcvd: Jun 22, 2015
                               Form ID: pdf006           Total Noticed: 167

22859214       +Ryan Bringas,    2039 West 21st Street Apt 1f,    Chicago, IL 60608-2692
22694123       +SACRED HEART SCHOOL PTO,    1095 GAGE STREET,    WINNETKA, IL 60093-1751
22694124       +SAEKS, LORNE T.,    MUCH SHELIST, PC,    191 N WACKER DR SUITE 1800,    CHICAGO, IL 60606-1631
22694125        SAFE DINING ASSOCIATION,    PO BOX 637,    DOWNERS GROVE, IL 60515-0637
22694126       +SELVERS, ROBERT L.,    WILENTZ GOLDMAN & SPITZER PA,    90 WOODBRIDGE CENTER DR STE 900,
                 WOODBRIDGE, NJ 07095-1146
22694127       +SKOKIE WASHBURN SCHOOL PTO,    1015 CHERRY STREET,    WINNETKA, IL 60093-2112
22694128       +ST ATHANASIUS PTO,    2510 ASHLAND AVENUE,    EVANSTON, IL 60201-2319
22694129       +ST CLEMENT PARENT ASSOCIATION,    ATTN CAROL BIBAT,    2524 N ORCHAR STREET,
                 CHICAGO, IL 60614-2536
22694130       +ST DAVID NURSERY SCHOOL,    ATTN RINDY POWER,    2410 GLENVIEW ROAD,    GLENVIEW, IL 60025-2713
22694131       +ST FRANCIS XAVIER SCHOOL HSO,    ATTN TREASURER,    808 LINDEN AVENUE,    WILMETTE, IL 60091-2711
22694132       +ST JOHN OF THE CROSS WOMEN'S CLUB,    5005 S WOLF ROAD,    WESTERN SPRINGS, IL 60558-1800
22694133       +ST MATTHIAS ATHLETIC CLUB,    ATTN ADAM DUFAULT,    4910 N CLAREMONT,    CHICAGO, IL 60625-1972
22694134        STILP, THOMAS R.,    MESSER & STILP, LTD.,    166 W WASHINGTON SUITE 300,
                 CHICAGO, IL 60602-2390
22694135       +STRS L3 ACQ1,    C/O MID AMERICA ASSET MGMT,    1 PARKVIEW PLAZA 9TH FL,
                 OAK BROOK TERRACE, IL 60181-4731
22694136        SYMETRA LIFE INSURANCE COMPANY,    PO BOX 1491,    MINNEAPOLIS, MN 55480-1491
22694137       +SYSCO - BALTIMORE,    PO BOX 1099,    JESSUP, MD 20794-1099
22694138        SYSCO - CHICAGO,    PO BOX 5037,    DES PLAINES, IL 60017-5037
22813792       +Sysco Chicago,    American Financial Management INc,    3715 Ventura Drive,
                 Arlington Heights, IL 60004-7696
22694139       +TECH-24,    5256 EISENHOWER AVENUE,    ALEXANDRIA, VA 22304-4816
22694140        TESTA PRODUCE INC,    DEPT 10222,    PO BOX 87618,    CHICAGO, IL 60680-0618
22694141       +VERIO GRAPHICS,    3508 N ELSTON AVENUE,    CHICAGO, IL 60618-5618
22694142        VERIZON,    PO BOX 660720,    DALLAS, TX 75266-0720
22694143        VERIZON,    PO BOX 24404,    LEHIGH VALLEY, PA 18002-5505
22694144       +VILLAGE OF HINSDALE,    19 E CHICAGO AVENUE,    HINSDALE, IL 60521-3489
22694146       +WARREN CHERRY PRESCHOOL,    1418 LAKE STREET,    EVANSTON, IL 60201-4050
22694147        WASHINGTON GAS,    PO BOX 37747,    PHILADELPHIA, PA 19101-5047
22694148       +WASHINGTON YU YANG PCS,    ATTN SHANNON ROCHE,    220 TAYLOR STREET NE,
                 WASHINGTON, DC 20017-1009
22694149       +WEST, GARY,    C/O WEST INVESTMENT HOLDINGS,    1603 ORRINGTON AVENUE,    EVANSTON, IL 60201-3841
22694150       +WEST, MARY,    C/O WEST INVESTMENT HOLDINGS,    1603 ORRINGTON AVENUE,    EVANSTON, IL 60201-3841
22694151        WILLARD ELEMENTARY SCHOOL PTA,    SECOND MORTGAGE2700 HURD AVENUE,    EVANSTON, IL 60201
22694152       +WILLOW WOOD PRESCHOOL,    PO BOX 362,    WINNETKA, IL 60093-0362
22694153       +WOMAN'S CLUB OF EVANSTON (THE),    1702 CHICAGO AVENUE,    EVANSTON, IL 60201-4502
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22694027        E-mail/Text: g17768@att.com Jun 23 2015 01:27:09     AT&T,    PO BOX 5080,
                 CAROL STREAM, IL 60197-5080
23022469        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2015 01:32:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
22694054        E-mail/Text: legalcollections@comed.com Jun 23 2015 01:28:58     COM ED,    PO BOX 6111,
                 CAROL STREAM, IL 60197-6111
22842977       +E-mail/Text: legalcollections@comed.com Jun 23 2015 01:28:58     Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
23181142       +E-mail/Text: g17768@att.com Jun 23 2015 01:27:10     Illinois Bell Telephone Company,
                 %AT&T Services, Inc,    Karen A Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
22694111        E-mail/Text: Bankruptcy_General@pepco.com Jun 23 2015 01:27:55     PEPCO,    PO BOX 13608,
                 PHILADELPHIA, PA 19101-3608
22694145       +E-mail/Text: collections@winnetka.org Jun 23 2015 01:29:04     VILLAGE OF WINNETKA,
                 Financial Services Coordinator,    510 GREEN BAY ROAD,    WINNETKA, IL 60093-2552
23034119       +E-mail/Text: bankrup@aglresources.com Jun 23 2015 01:27:01     nicor gas,    po box 549,
                 Aurora il 60507-0549
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22996251*      +DEMPSTER ASSOCIATES LLC,    C/O CHARLES B FRIEDMAN,    29 S LASALLE ST STE 456,
                 CHICAGO, IL 60603-1549
22996252*      +GENERAL AUTO STATION LLC,    C/O NATHANIEL I GREY,    1 N LASALLE ST STE 1100,
                 CHICAGO, IL 60602-3904
22996242*      +GPB RECOVERY CAPITAL LLC,    737 MICHIGAN AVENUE, SUITE 1810,    CHICAGO, IL 60611-6748
22996243*      +GREAT CRANBERRY ISLAND LLC,    10451 SPERRY ROAD,    KIRTLAND, OH 44094-9519
22996253*      +ICE MILLER LLP,    200 W MADISON ST STE 3500,    CHICAGO, IL 60606-3417
22996254*      +ICE MILLER LLP,    200 W MADISON ST STE 3500,    CHICAGO, IL 60606-3417
22996245*      +MHM & CO., LTD,    1422 EUCLID, SUITE 830,    CLEVELAND, OH 44115-2001
22996255*       NORTH SHORE GAS,    PO BOX 19083,    GREEN BAY, WI 54307-9083
22996256*      +PIONEER ROSCOE LLC,    C/O BRUCE A SALK,    630 DUNDEE RD STE 120,    NORTHBROOK, IL 60062-2749
22996246*      +WEST, GARY,    C/O WEST INVESTMENT HOLDINGS,    1603 ORRINGTON AVENUE,    EVANSTON, IL 60201-3841
22996247*      +WEST, MARY,    C/O WEST INVESTMENT HOLDINGS,    1603 ORRINGTON AVENUE,    EVANSTON, IL 60201-3841
                                                                                   TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rgreen             Page 4 of 4            Date Rcvd: Jun 22, 2015
                              Form ID: pdf006          Total Noticed: 167
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2015 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Scott E Jensen    on behalf of Debtor    HOMEMADE PIZZA COMPANY, LLC sjensen@mjwchicago.com
                                                                                                 TOTAL: 3
```