# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HOMEMADE PIZZA COMPANY, LLC § Case No. 14-43324
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,854.49 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,117.85 | | |

3) Total gross receipts of $22,972.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $22,972.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $10,248,941.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,117.85 | $3,117.85 | $3,117.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,717.61 | $6,717.61 | $6,717.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $979,389.92 | $501,271.43 | $501,271.43 | $13,136.88 |
| **TOTAL DISBURSEMENTS** | $11,228,330.92 | $511,106.89 | $511,106.89 | $22,972.34 |

4) This case was originally filed under chapter  7  on 12/03/2014 .

The case was pending for      9   months.

5)　All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)　An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2015　　　　　　　　　　　　　By: /s/ Allan J. DeMars
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| turnover of funds on deposit | 1129-000 | $10,709.89 |
| recovery of preference | 1241-000 | $12,262.45 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $22,972.34 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 SCHEDULED | 4210-000 | $10,248,941.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $10,248,941.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $55.72 | $55.72 | $55.72 |
| Allan J. DeMars | 2100-000 | N/A | $3,047.23 | $3,047.23 | $3,047.23 |
| Allan J. DeMars | 2200-000 | N/A | $14.90 | $14.90 | $14.90 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,117.85 | $3,117.85 | $3,117.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | ILLINOIS DEPT OF REVENUE | 5800-000 | $0.00 | $6,717.61 | $6,717.61 | $6,717.61 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $6,717.61 | $6,717.61 | $6,717.61 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-13,15-20 | SEE TFR | 7100-000 | $247,124.90 | $501,271.43 | $501,271.43 | $13,136.88 |
| 14 | Illinois Dept of Revenue | 7300-000 | $0.00 | $1,731.55 | $1,731.55 | $0.00 |
| | 83 scheduled with no claim filed | 7100-000 | $732,254.92 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $979,389.82 | $503,002.98 | $503,002.98 | $13,136.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "A" - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.   14-43324                                           Trustee Name:   Allan J. DeMars

Case Name: HOMEMADE PIZZA COMPANY LLC                         Date Filed (f) or Converted (c): 12/3/14(F)

For Period Ending: 3/31/16                                    §341(a) Meeting Date: 1/14/15

                                                              Claims Bar Date:   4/17/15; GOVT 6/1/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Checking acct Metropolitan Capital Bank and Trust (7094) | 10,000.00 | 0.00 | | | FA |
| 2  Money Mkt Metropolitan Capital Bank and Trust (7102 | 0.00 | 0.00 | | | FA |
| 3  Checking acct Metropolitan Capital Bank and Trust (7110) | 0.00 | 0.00 | | | FA |
| 4  Checking acct Metropolitan Capital Bank and Trust(4769) | 0.00 | 10,709.89 | | 10,709.89 | FA |
| 5  Cert of Deposit Metropolitan Capital Bank and Trust (6473) | 0.00 | 0.00 | | | FA |
| 6  Secured noteholder collateral acct at Metropolitan Capital Bank and Trust (0029) | 0.00 | 0.00 | | | FA |
| 7  Recovery of preference from 1647 Wells LLC (u) | 12,262.45 | 12,262.45 | | 12,262.45 | FA |

TOTALS (Excluding unknown values)                    22,972.34                22,972.34

                                                                (Total Dollar Amount in Column 6)

Major activities affecting case closing: closing of account; recovery of preference

Initial Projected Date of Final Report (TFR):      June, 2015          Current Projected Date of Final Report (TFR):   6/15/15

**EXHIBIT A @ FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-43324  
Case Name: Homemade Pizza Company LLC  
Taxpayer ID#: xx-xxx2329  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx6553  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/19/15 | Ref 4 | Metropolitan Capital Bank and Trust | turnover of funds on deposit (4769) | 1129-000 | 10,709.89 | | 10,709.89 |
| 2/19/15 | Ref 7 | 1647 Wells LLC | return of preference | 1241-000 | 12,262.45 | | 22,972.34 |
| 3/3/15 | | Wells Fargo | check printing | 2600-000 | | 40.72 | 22,931.62 |
| 3/31/15 | | Wells Fargo | acct service fee | 2600-000 | | 5.00 | 22,926.62 |
| 4/30/15 | | Wells Fargo | acct service fee | 2600-000 | | 5.00 | 22,921.62 |
| 5/31/15 | | Wells Fargo | acct service fee | 2600-000 | | 5.00 | 22,916.62 |
| 6/30/15 | | Wells Fargo | acct service fee | 2600-000 | | 10.00 | 22,906.62 |
| 6/30/15 | | Wells Fargo | acct service fee reversal | 2600-000 | | (10.00) | 22,916.62 |
| 7/16/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,047.23 | 19,869.39 |
| 7/16/15 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 14.90 | 19,854.49 |
| 7/16/15 | Check 1003 | Illinois Dept of Revenue | 507(a)(8);100% | 5800-000 | | 6,717.61 | 13,136.88 |
| 7/16/15 | Check 1004 | American Financial Management | 726(a)(2); 2.62071% | 7100-000 | | 4,067.57 | 9,069.31 |
| 7/16/15 | Check 1005 | Peoples Gas, Light & Coke Co. | 726(a)(2); 2.62071% | 7100-000 | | 59.70 | 9,009.61 |
| 7/16/15 | Check 1006 | Commonwealth Edison Co. | 726(a)(2); 2.62071% | 7100-000 | | 354.23 | 8,655.38 |
| 7/16/15 | Check 1007 | Ryan Bringas | 726(a)(2); 2.62071% | 7100-000 | | 17.43 | 8,637.95 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 7/16/15 | Check 1008 | Verlo Graphics | 726(a)(2); 2.62071% | 7100-000 | | 90.94 | 8,547.01 |
| 7/16/15 | Check 1009 | Edward Don & Co. | 726(a)(2); 2.62071% | 7100-000 | | 624.25 | 7,922.76 |
| 7/16/15 | Check 1010 | Chatham Center LLC | 726(a)(2); 2.62071% | 7100-000 | | 2,485.53 | 5,437.23 |
| 7/16/15 | Check 1011 | Pepsi Beverages Co | 726(a)(2); 2.62071% | 7100-000 | | 25.38 | 5,411.85 |
| 7/16/15 | Check 1012 | Hartford Fire Insurance Co. | 726(a)(2); 2.62071% | 7100-000 | | 660.42 | 4,751.43 |
| 7/16/15 | Check 1013 | American InfoSource agent for Verizon | 726(a)(2); 2.62071% | 7100-000 | | 4.65 | 4,746.78 |
| 7/16/15 | Check 1014 | American InfoSource agent for Verizon | 726(a)(2); 2.62071% | 7100-000 | | 24.27 | 4,722.51 |
| 7/16/15 | Check 1015 | American InfoSource agent for Verizon | 726(a)(2); 2.62071% | 7100-000 | | 35.45 | 4,687.06 |
| 7/16/15 | Check 1016 | Village of Winnetka | 726(a)(2); 2.62071% | 7100-000 | | 34.33 | 4,652.73 |
| 7/16/15 | Check 1017 | Nicor Gas | 726(a)(2); 2.62071% | 7100-000 | | 4.99 | 4,647.74 |
| 7/16/15 | Check 1018 | Funnel LLC | 726(a)(2); 2.62071% | 7100-000 | | 503.57 | 4,144.17 |
| 7/16/15 | Check 1019 | 1647 Wells LLC | 726(a)(2); 2.62071% | 7100-000 | | 1,436.94 | 2,707.23 |
| 7/16/15 | Check 1020 | JC Erlich Pest Control | 726(a)(2); 2.62071% | 7100-000 | | 64.53 | 2,642.70 |
| 7/16/15 | Check 1021 | Illinois Bell Telephone Co. | 726(a)(2); 2.62071% | 7100-000 | | 12.36 | 2,630.34 |
| 7/16/15 | Check 1022 | General Auto Service Station | 726(a)(2); 2.62071% | 7100-000 | | 2,630.34 | 0.00 |
| | | | | COLUMN TOTALS | 22,972.34 | 22,972.34 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) | | | |

```
                                                      NET
                                          NET      DISBURSE-
                                       NET DEPOSITS  MENTS      BALANCES
                                          22,972.34  22,972.34      0.00

TOTAL - ALL ACCOUNTS                   NET DEPOSITS  NET         BALANCES
                                                     DISBURSEMENTS
Checking# xxxxxx6553                      22,972.34  22,972.34      0.00
Money Market #
Savings #
CD #CDI
Net                                       22,972.34  22,972.34      0.00
                                       Excludes account  Excludes payments  Total Funds
                                         transfers         to debtor         on Hand
```